To Honorable Judge Jeremy Fogel or U.S. Clerk of the court I would greatly appreciate a extension of time to correct court case number CV-04200-JF leave to amend 4-14-08

(No. C 07-4200-JF)

Thanks
Bloodsaw Theopric


BloodsAW Theopric #P20045
PBSP,
P.O. Box 7500
Crescent City, CA. 95532
PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
02 1M
0004217666 APR 21 2008
MAILED FROM ZIP CODE 95531
Confidential
Legal Mail
United States District Court
Northern District Of Calif.
ATTN: Clerk
450 Golden Gate Ave.
San Francisco, CA. 94102