*Amended Complaint*
*CV-04200-JF*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name *Bloodsaw Theopric K.*

**FILED**

(Last)          (First)          (Initial)

MAY 1 9 2008

Prisoner Number *N/A*

Institutional Address *PBSP, B8-113, P.O. Box 7500*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Crescent City, CA. 95532*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

*Bloodsaw Theopric*

(Enter the full name of plaintiff in this action.)

*et al.*

vs.

*Terry P.*
*Lyons*
*Stevenson R.*

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

   [**Note:** You must exhaust your administrative remedies before your claim can go

   forward. The court will dismiss any unexhausted claims.]

   A.    Place of present confinement *PBSP*

   B.    Is there a grievance procedure in this institution?

        YES (✓)    NO ( )

   C.    Did you present the facts in your complaint for review through the grievance

        procedure?

        YES(✓)    NO ( )

   D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                    - 1 -

each level of review.  If you did not pursue a certain level of appeal, explain why.

1. Informal appeal *They did not allow my appeals to go to the next level for malice reasons, and st aff who the appeal is address to refuse to*

2. First formal level *cooperate and response to the ap peal or sign it. Unlawful confinement in Ad Seg. They are in violations of my Civil*

3. Second formal level *Rights CV-00752-JF-550, Supreme Court Reports 88 LAW. ED. Oct. 1943 TERM. U.S. 320 (pp. 219 to end) U.S. 321-322 III Particular*

4. Third formal level *Circumstance under which exhau stion of state remedies is or is not nece ssary.*

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO (  )

F.    If you did not present your claim for review through the grievance procedure, explain why.

II.    Parties

A.    Write your name and your present address.  Do the same for additional plaintiffs, if any.

*Bloodsaw Theopric, PBSP, B8-113, P.O. Box 7500, Crescent City, CA. 95532*

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

*Terry P., Lieutenant, PBSP; Lyon, Correctiona l Officer, PBSP; Stevenson R., Correctional*

COMPLAINT                    - 2 -

1 | Officer, PBSP
2 |
3 |
4 | III.    Statement of Claim
5 |         State here as briefly as possible the facts of your case.  Be sure to describe how each
6 | defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any
7 | cases or statutes.  If you have more than one claim, each claim should be set forth in a separate
8 | numbered paragraph.
9 | Terry P. 4-13-07 Deprived of constitutional
10 | rights unlawfully placed in Ad Seg. was entrapme-
11 | nt staff has a corrupt combination going denied
12 | single cell housing an (ADA) slavery is forbidden.
13 | Lyons 4-13-07 Deprived of constitutional rights
14 | unlawfully placed in Ad Seg. was entrapment staf-
15 | F has a corrupt combination going denied single
16 | cell housing and (ADA) slavery is forbidden.
17 | Stevenson R. 4-13-07 Deprived of constitutional r-
18 | ights unlawfully placed in Ad Seg. was entrapment
19 | staff has a corrupt combination going denied single
20 | cell housing an (ADA) slavery is forbidden. I went
21 | to B8-BMU from A2; Im in imminent danger.
22 | IV.    Relief
23 |         Your complaint cannot go forward unless you request specific relief.  State briefly exactly what
24 | you want the court to do for you.  Make no legal arguments; cite no cases or statutes.
25 | I am asking the court for monetary just compe-
26 | nsation for punitive and liability damages.
27 | I am asking the court to grant me my single cell
28 | housing. I am asking the court for a permanent

COMPLAINT                        - 3 -

1   injunction. PBSP has no legal authority for
2   my confinement at PBSP and I have perma-
3   nent disabilities (ADA) and in imminent danger

4   I declare under penalty of perjury that the foregoing is true and correct.

6   Signed this ___12___ day of ___May___, 20_08_

8   T. Bloodsaw

9   (Plaintiff's signature)

COMPLAINT                              - 4 -

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Theopric Bloodsaw_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _PBSP_

_____Prison,

in the county of _Del Norte_ ,

State of California. My prison address is: _P.O. Box 7500, Crescent_

_City, CA. 95532_ ,

On _5-12-08_
(DATE)

I served the attached: _Amended Complaint and Affidavit_

_To U.S. District Court, Northern District_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:



I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _5-12-08_        _T. Bloodsaw_
(DATE)                      (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                            -9-                    ::ODMA\PCDOCS\WORDPERFECT\22832\1