EXHIBIT

A

CHASER Pre Extracted Civil Docket as of February 27, 2003 9:25 pm
TERMED TRANSF

# U.S. District Court

| * Parties * | * Attorneys * |
|---|---|
| U.S. District for the Northern D<br>CIVIL DOCKET FOR C | strict of California (San Jose)<br>SE #: 00-CV-20505 |
| Bloodsaw v. Woodford Filed: 04/24/00<br>Assigned to: Judge Jeremy Fogel<br>Demand: $0,000 Nature of Suit: 530<br>Lead Docket: None Jurisdiction: Federal Question<br>Dkt# in other court: None | |
| Cause: 28:2254 Petition for Writ | of Habeas Corpus (State) |
| THEOPRIC KENT BLOODSAW<br>Plaintiff | Theopric Kent Bloodsaw<br>[COR LD NTC] [PRO SE]<br>Booking No. 7475221<br>BKS No. F1,7000 Dorm C-7196<br>441 Bauchet Street<br>Los Angeles, CA 90012 |
| v. | |
| J.S. WOODFORD, Warden<br>defendant | |

## Docket Proceedings

| Date | Doc # | Docket Entry |
|---|---|---|
| 04/24/00 | 1 | PETITION FOR WRIT OF HABEAS CORPUS (no process) Fee status ifpp entered on 4/24/00 () ; [3:00-cv-01398] (ga) [Entry date 04/28/00] |
| 04/24/00 | 1 | IN FORMA PAUPERIS AFFIDAVIT by Plaintiff Theopric Kent Bloodsaw for leave to proceed in forma pauperis [3:00-cv-01398] (ga) [Entry date 04/28/00] |
| 05/02/00 | 2 | DECLINATION to proceed before magistrate by Plaintiff Theopric Kent Bloodsaw [3:00-cv-01398] (ga) [Entry date 05/04/00] |
| 05/03/00 | 3 | ORDER by Mag. Judge Maria-Elena James of impending reassignment to a United States District Judge () (cc: all counsel) [3:00-cv-01398] (ga) [Entry date 05/05/00] |
| 05/10/00 | 4 | ORDER by Assignment Committee Case reassigned to Judge Jeremy Fogel referred to Judge Jeremy Fogel the affidavit motion for leave to proceed in forma pauperis [1-1] () (cc: all counsel) [3:00-cv-01398] (ga) |
| | | |

| | | |
|---|---|---|
| 05/18/00 | 5 | ORDER by Judge Jeremy Fogel to transfer case to Dist of: Central District of California ; appeal filing ddl 6/26/00 ( Date Entered: 5/25/00) (cc: all counsel) [5:00-cv-20505] (gm) [Entry date 05/25/00] |
| 06/09/00 | 6 | RECEIPT from Central District of California [5:00-cv-20505] (gm) [Entry date 06/13/00] |
| 06/20/00 | 7 | LETTER from Theopric Kent Bloodsaw [5:00-cv-20505] (gm) [Entry date 06/22/00] |
| 02/27/03 | 8 | LETTER from Theopric Kent Bloodsaw [5:00-cv-20505] (gm) |
| [END OF DOCKET: 5:00cv20505] | | |

HABEAS, CLOSED, TRANSF

**U.S. District Court**
**California Northern District (San Jose)**
**CIVIL DOCKET FOR CASE #: 5:04-cv-00752-JF**
**Internal Use Only**

Bloodsaw v. Woodford et al
Assigned to: Hon. Jeremy Fogel
Referred to:                                        Date Filed: 02/23/04
Demand: $                                          Jury Demand: None
Lead Docket: None                                  Nature of Suit: 550 Prisoner: Civil
Related Cases: None                                Rights
Case in other court: None                          Jurisdiction: Federal Question
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

**Plaintiff**
_____

**Theopric K. Bloodsaw**                represented by **Theopric K. Bloodsaw**
                                        P20045
                                        D4-CELL 106
                                        California State - LAC
                                        44750 60th St. West
                                        Lancaster, CA 93536-7619
                                        PRO SE

V.

**Defendant**
_____

**J. S. Woodford**

**N. Grannis**

3/5/2004 11:19 AM

https://ecf.cand.circ9.dcn/cgi-bin/DktRpt.pl?749979076538086-L_795_...

| Filing Date | # | Docket Text |
|---|---|---|
| 02/23/2004 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ IFPP). Filed by Theopric K. Bloodsaw. (lrd, COURT STAFF) (Filed on 2/23/2004) (Entered: 02/27/2004) |
| 02/23/2004 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Theopric K. Bloodsaw. (gm, COURT STAFF) (Filed on 2/23/2004) (Entered: 03/02/2004) |
| 02/23/2004 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gm, COURT STAFF) (Filed on 2/23/2004) (Entered: 03/02/2004) |
| 03/04/2004 | 4 | ORDER TRANSFERRING CASE to Central District of California. Signed by Judge Jeremy Fogel on 3/4/2004. (gm, COURT STAFF) (Filed on 3/4/2004) (Entered: 03/05/2004) |

3/5/2004 11:19 A

**Filed**

MAR - 4 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*4*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEOPRIC K. BLOODSAW, | ) | No. C 04-0752 JF (PR) |
|       Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| J.S. WOODFORD, et al., | ) | |
|       Defendants. | ) | (Doc # 2) |

This is a civil rights case brought pro se by a state prisoner. Plaintiff is currently incarcerated at California State Prison - Los Angeles County located in Lancaster, California. Plaintiff claims he is incarcerated illegally by the California Department of Corrections. Plaintiff was convicted in Los Angeles County in 1997. The Court construes Plaintiff's complaint as a petition for a writ of habeas corpus, challenging the legality of his conviction and sentence. Therefore, the instant case will be transferred to the Central District of California, the location of Plaintiff's conviction and his confinement. This case is therefore TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

1    In view of the transfer, the Court will not rule on Plaintiff pending motion for leave to

2    proceed in forma pauperis (doc # 2).  The Clerk shall terminate all pending motions and

3    transfer the entire file to the Central District of California.

4           IT IS SO ORDERED.

5    DATED: _____

6                                JEREMY FOGEL
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  This is to certify that on ___3-4-04___, a copy of this ruling
   was mailed to the following:

2

3  Theopric K. Bloodsaw
   P-20045

4  CSP - Los Angeles
   44570 60th

5  Street West
   Lancaster, CA  93536-7619

6

7

8

9

10

11

12

13,

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEPUTY DAILY WORKSHEET**    11/28/02 0111

STATION: LNX

UNIT: 31A    SHIFT: D    DATE: 11/08/02    0600 - 1400    CLASS: 2    TYPE: P

\# 470671 SATO BRADLEY J    O/T:    O/T PA:
\# 260296 HOODYE SEAN C    O/T:

VEH: SD2337    MILES: ( 39824 -> 39845 ) :    21    MOBILE: 15793

SPEC EQP: SG 9 TAZER 4

PORTABLES: 18472    18473

ARRESTS /FEL-MA:    FA:    MJ:    FJ:    CITS/HZ:    NHZ:    PKG:
           /MSD-MA:    FA:    MJ:    FJ:

PATROL AREA/TIME: 06/252

TIME-SHIFT: 480    TT: 9    HDL: 209    WRT: 0    PTL: 252    UNALLOC: 10    RPTS:

INCIDENT ASSIGNMENTS:

| TAG# | CODE | DISP | ACK | ENRT | 10/97 | 10/98 | RD# | A | S | P | TT | HDL | WRT | URN |
|------|------|------|-----|------|-------|-------|-----|---|---|---|----|-----|-----|-----|
| 0037 | 924B | 0543 |     | 0600? | 0600? | 0700? | 0370 | O | R |  |    | 60  |     |     |

LOC: VEH PREP/BRIEF
CLR: 754  STATION SERVICE: Briefing

| 0056 | 931 | 0715 | 0718 | 0745 | 0745 | 0747 | 0371 | C | P |  |   | 2 |  |  |

LOC: 1358 97TH ST, LA
CLR: 772  Assist CHP
NARR: CHP ON SCENE CODE 4

| 0067 | 927H | 0817 | 0817 | 0821 | 0823 | 0831 | 0373 | 9 | P |  | 2 | 8 |  |  |

LOC: 10910 WILTON PL, LA
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: CONT WANDA FB/A RE: 927H ...NO 927H C-4..

| 0068 | 902R | 0849 | 0849 | 0849 | 0856 | 0915? | 0373 | 9 | E |  | 7 | 19 |  |  |

LOC: 2041 CULLIVAN ST, LA
CLR: 212  DISORDERLY CONDUCT: Disturbing The Peace/Court Disturbances
NARR: CONT VERCIL FB/A RE: JAMES MARTIN NOT BREATHING. STA 14 ARRVD @TREATED JAMES PRNCD DEAD
      AT 0833HRS JAMES SUFFRED FRM CHRONIC EMPHASYMA.

| 0126 | 925 | 1157 |  | 1150? | 1200? | 1400? | 0372 | O | R |  |  | 120 |  |  |

LOC: CENTURYBL/LA SALLE AV, LA
CLR: 283  WARRANTS: Felony, In County
NARR: CONT THEO MB/A WAS COMBATIVE AGAINST US. CENTURY @ LASALLE STA 814 ARRVD TREATED THEO WE
      WENT TO CENTINELA HOSP FOR INJURIES...

CERTIFIED A TRUE AND CORRECT COPY
OF ORIGINAL MAINTAINED WITHIN FILES
OF THE LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT - LENNOX STATION 11/28/02

TITLE - NAME    EMPLOYEE NUMBER

UNIT HISTORY REPORT
                                   LENNOX


Unit: 31A          Shift: 2       Shift Date: 11/08/02
/0542* LOGON () ,X,,31A,D,110802,Y,2,0600,1400,470671,,,260296,,,39824,,SD2337,SG 9 TAZER
4,15793,18472,18473,,,,,,,,,,,,,,,,,,  <000>
/0542* MDTON (470671) MDT01639 <000>
/0543* ** ASSIGN/D (470671) LNX02312-0037 R/924B VEH PREP/BRIEF <000>
/0543* 10/97 (470671) LNX02312-0037 <000>
/0711* 10/98 (470671) LNX02312-0037 <000>
/0711* CLEAR (470671) ,LNX02312-
0037,,754,,,,,,,,,,0370,,,0600,0600,0700,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,  <000>
/0715  ** ASSIGN/D (475469) LNX02312-0056 R/931 1358 97TH ST,LA
/0718* ACK (470671) LNX02312-0056 <000>
/0745* ENR (470671) LNX02312-0056 <000>
/0745* 10/97 (470671) LNX02312-0056 <000>
/0747* 10/98 (470671) LNX02312-0056 <000>
/0748* CLEAR (470671) ,LNX02312-0056,,772,,,,,,CHP ON SCENE CODE
4,,,,,0371,,,,,,,,,,,,,,,,,,,,,,,,,,,,,  <000>
/0759* INQ (470671) VEH,2EPW323,CA,,,,,,,,  <000>
/0759* INQ (470671) VEH,2EPW323,CA,,,,,,,,  <000>
/0800* INQ (470671) WANT9,,CA,HAVEN,DENNIS,,,,,,M,B,,,,,042371,,,,,,,,,,,  <000>
/0800  HIT () IW S 470671 MDT0  ,CA0190099  ,HAVEN DENNIS  , M B  ,000 000 042371 000 CA ,
00000000 00000000 ,H 001 F 000 M 001 O 000 00 ,  N HAVEN DENNIS VANBURE  ,M B 122371 600
240 BLK BRO  ,LAM4 090502 $1174 ,1611 N SCHAR ST HOLLYWOOD CA  ,617471219420 RSTR A3887553
CA ,W M 40508A/VC M ,4000A1X/VC I * ,4RWL898 CA  ,  ,
/0802  ACK (297076) HIT
/0813* INQ (470671) WANT9,,CA,BERRY,MARCUS,ANTJUAN,,,,,M,B,,,,,033181,,,,,,,,,,  <000>
/0813  HIT () MKE/WANTED PERSON NAM/BERRY,RANDELL LARRY SEX/M RAC/B DOB/19820331 WGT/150
EYE/BRO HAI/BLK OLN/B600730488254 OLS/MI  OFF/DANGEROUS DRUGS
/0813  ACK (195863) HIT
/0815  INQ (195863) VEH,31A,,,,,,CA,,1FALP45XXTF145561,,,,,,,,,,,X
/0815  ACK (195863) RESP
/0816  ACK (195863) RESP
/0817  ** ASSIGN/B (475469) LNX02312-0067 P/927H 10910 WILTON PL,LA
/0817* ACK (470671) LNX02312-0067 <000>
/0821* ENR (470671) LNX02312-0067 <000>
/0823* 10/97 (470671) LNX02312-0067 <000>
/0831* 10/98 (470671) LNX02312-0067 <000>
/0842* INQ (470671) VEH,,CA,,,,,1FMZU32EXWZA29284,,,,X <000>
/0849  ** ASSIST/B (475469) LNX02312-0068 E/902R 2041 CULLIVAN ST,LA
/0849  CHGHDL (475469) LNX02312-0068,31D/D->31A/D
/0849  ACK (409547) LNX02312-0068
/0849* ENR (470671) LNX02312-0068 <000>
/0856* 10/97 (470671) LNX02312-0068 <000>
/0923* INQ (470671) VEH,2HMB760,CA,,,,,,,,  <000>
/0927* INQ (470671) WANT9,,CA,BLOGSHAW,FLOYD,LEE,,,,,,M,B,,,,,062458,,,,,,,,,,  <000>
/0928* INQ (470671) WANT9,,CA,BLOODSHAW,FLOYD,LEE,,,,,,M,B,,,,,062458,,,,,,,,,,  <000>
/0929  HIT () MKE/WANTED PERSON - CAUTION NAM/BLOODSHAW,THEOPRIC KENT SEX/M RAC/B POB/LA
DOB/19570624 WGT/150 EYE/BRO HAI/BLK FBI/496721PA9 OFF/PAROLE VIOLATION - SEE MIS
/0929  ACK (277125) HIT
/1024* INQ (470671) WANT9,,CA,BLOODSHAW,THEOPRIC,,,,,,M,B,,,,,062457,,,,,,,,,,  <000>
/1024  HIT () IW S 470671 MDT0  ,CA0190099  ,BLOODSHAW THEOPRIC  , M B  ,000 000 062457
000 CA , 00000000 00000000 ,H 001 F 000 M 001 O 000 00 ,  N BLEDSOE WILLIAM T JR  ,M X

Report Date: 11/28/02

UNIT HISTORY REPORT
LENNOX

Page 2 of 2

Unit: 31A        Shift: 2        Shift Date: 11/08/02

010454 511 195 BRO BRO ,COM4 082602 $277 ,2358 R 21ST ST SGH CA  ,SD10539619800 RSTR
B0306426 CA ,W M 8537/PC M  ,640B1/PC M  ,PED CA ,    ,
/1024  HIT () SEARCH REVEALS: HIT MADE ON NAM/BLOODSHAW,THEOPRIC KENT ** ARMED AND
DANGEROUS **  **ARMED AND DANGEROUS** FELONY WARRANT 5011 PAROLE VIOL
NAM/BLOODSHAW,THEOPRIC KENT 19570624 M B 506 150 BLK BRO POB/LA BAIL/NO BAIL
FCN/7040224901563  NIC/W883192088 ENTERED/CALIF-NCIC  CII/A08953256  FBI/496721PA9
                        IMMEDIATELY CONFIRM WITH CA034035G DEPT OF CORR-
ID/WARRANTS MNE/CRN0  TELEPHONE 916 445-6713    CHECKING NCIC   INQUIRY MADE TO
RESTRAINING ORDER SYSTEM
/1024  HIT () HIT MADE ON NAM/BLOODSHAW,THEOPRIC K HIT # 001 DO NOT ARREST OR DETAIN BASED
    SOLELY ON THIS RESPONSE CDC PAROLE RECORD NAM/BLOODSHAW,THEOPRIC K 19580624 M B 506 150
BRO BLK  OLN/N9672705 HOME CITY/LOS ANGELES PRIMARY OFFENSE/H11350A DISCHARGE
DATE/99999999 AGENCY/CA DEPT OF CORRECTIONS MISC/PRIOR TO RELEASE, CONTACT AGEN T OR ID
WARRANTS AT (916)445-6713 P OSSIBLY AT LARGE MAY BE ADDITIONAL INFO FROM DOJ VCIN AT 916
227-4736 NUMBER OF PRIOR CONTACT MSGS/ 0 SEND CONTACT MESSAGE IDENTIFYING CO
/1024  HIT () MKE/WANTED PERSON - CAUTION NAM/BL00DSHAW,THEOPRIC KENT SEX/M RAC/B POB/LA
DOB/19570624 WGT/150 EYE/BRO HAI/BLK FBI/496721PA9 OFF/PAROLE VIOLATION - SEE MIS
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1025  ACK (277125) HIT
/1156* URN REQUEST (470671) X,4,0399,053,CR,S,BLOODSHAW,THEOPRIC,KENT,,M,B,,, <000>
/1157  URN () 402-11595-0399-053
/1157* ** ASSIGN/D (470671) LNX02312-0126 R/925 CENTURYBL/LA SALLE AV,LA <000>
/1157* HOLD (470671) LNX02312-0068 <000>
/1157* 10/97 (470671) LNX02312-0126 <000>
/1157* 10/15 (470671) <000>
/1433* 10/98 (470671) LNX02312-0068 <000>
/1433* CLEAR (470671) ,LNX02312-0068,,212,,,,,,CONT VERCIL FB/A RE: JAMES M,ARTIN NOT
BREATHING. STA 14 ARRV,D @TREATED JAMES PRNCD DEAD AT 0,833HRS JAMES SUFFRED FRM
CHRONIC,EMPHASYMA.,0373,,,,,0915,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1435* CLEAR (470671) ,LNX02312-0067,,212,,,,,,CONT WANDA FB/A RE: 927H ....,NO 927H C-
4..,,,0373,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1440* 10/98 (470671) LNX02312-0126 <000>
/1440* CLEAR (470671) ,LNX02312-0126,,283,,,,,,CONT THEO MB/A WAS COMBATIVE,AGAINST
US.CENTURY @ LASALLE ST,A 814 ARRVD TREATED THEO WE WENT,TO CENTINELA HOSP FOR
INJURIES.,,,0372,00,,1150,1200,1400,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, <000>
/1442* CHGENDMILES (470671) 000000 -> 39845 <000>
/1442* CHGPATROL (470671) /000 -> 06/252 <000>
/1442* LOGOFF (470671) <000>
/1442* MDTOFF (470671) <000>

DEPARTMENT OF CORRECTIONS
CALIFORNIA MEN'S COLONY
SAN LUIS OBISPO, CA 93409

GRAY DAVIS, *Governor*

**HEALTH INFORMATION SERVICES**
**CALIFORNIA MEN'S COLONY**
**P O BOX 8101**
**SAN LUIS OBISPO  CA  93409-8101**

TO: *Theoprie K Bloodsaw*
    *SS# 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*

RE:  NAME: *Theoprie K. Bloodsaw*
     CDC#: *E40947 – Archives 2-12-96*
     SSN#: *P20045 – Reg III 8-9-02*
     DOB: *6-24-58*
          *6-24-58*

Receipt of a request for medical information on the above patient is acknowledged. Any items checked below are applicable to this request:

1. _____ The above-named inmate is no longer housed at this institution. He is currently at _____

_____

2. _____ The above-named inmate's medical records have been sent to his paroling region:

       _____ Region I, P&CSD Case Records - North, 2015 Aerojet Rd, Rancho Cordova, CA, 95742, *See P*

       _____ Region II, P&CSD Case Records - North, 2015 Aerojet Rd, Rancho Cordova, CA, 95742, *See P*

       ✗ Region III, P&CSD Case Records - South, 9160 Cleveland Avenue, Suite 101, Rancho Cucamonga, CA, 91730.

       _____ Region IV, P&CSD Case Records - South, 9160 Cleveland Avenue, Suite 101, Rancho Cucamonga, CA, 91730.

       _____ California Correctional Facility, Aeorjet Campus, 2015 Aerojet Rd, Rancho Cordova, CA, 95742, *See E*

3. ✗ The inmate has been discharged from the Department of Corrections. His records are stored in our Archives Unit. Their address is:

       California Department of Corrections
       Departmental Archives Unit
       Aeorjet Campus
       2015 Aerojet Rd  , *See O*
       Rancho Cordova  CA  95742

Your request has been forwarded to the inmate's current institution, paroling region offices or Archives Unit. For future reference, make note of the address checked above and send all further inquiries to that institution.

Sincerely,

*Mr. Bloodsaw, under cdc # E40947, your records were sent to archives when you were discharged from parole in 2-96. Under cdc# P20045 your records were forwarded to your parole region III. I have forwarded your request to both places so that you will receive records from them both.*

Health Information Services,
Correspondence

*Thomas, HRT I*

medcorr.doc rb 98

*Discovery 2*

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |

It is further alleged as to count(s) 1 and 2 that said defendant(s), THEOPRIC KENT BLOODSAW, was on and about the 27TH day of DECEMBER, 1989, in the SUPERIOR Court of the State of CALIFORNIA, for the County of LOS ANGELES, convicted of a serious felony, to wit: 1ST DEGREE BURGLARY, in violation of section 459 of the PENAL Code, case BA004642 within the meaning of Penal Code Section 667(a)(1).

It is further alleged as to count(s) 1, 2, and 3 pursuant to Penal Code section 667.5(b) that the defendant(s), THEOPRIC KENT BLOODSAW, has suffered the following prior conviction(s):

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |
| YA034031 | H&S 11350 | 10/07/1997 | LOS ANGELES | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant(s) did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

\* \* \* \* \*

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER YA053506, CONSISTS OF 3 COUNT(S).

Executed at INGLEWOOD, County of Los Angeles, on November 13, 2002.

_____

DECLARANT AND COMPLAINANT

......................................................................................................................................................

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
        VICTORIA L. ADAMS, DEPUTY

AGENCY:  LASD - LENNOX      I/O: MARK DET.          ID NO.: 274578      PHONE : 310-671-7531
              PATROL                       RENFROW

DR NO.:  402-11595-0399-053    OPERATOR: DCS          PRELIM. TIME EST.:  2 HOUR(S)

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY RTN DATE |
|---|---|---|---|---|---|
| BLOODSAW, THEOPRIC KENT | 008953256 | 6/24/1957 | 7475221 | $220,000 | 11/13/2002 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

THEOPRIC KENT BLOODSAW

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|-----------|--------|--------------|--------------------|----------------|
| 1 | PC 245(c) | 3-4-5 | | |
| 2 | PC 243(c)(2) | 16-2-3 | | |
| 3 | PC 422 | 16-2-3 | | |
| | | | PC 1170.12(a)-(d) | MSP Check Code |
| | | | PC 667(a)(1) | +5 yrs per prior |
| | | | PC 667.5(b) | +1 yr. per prior |

I order that the defendant(s) be held to answer therefor and be admitted to bail in the sum of:

THEOPRIC KENT BLOODSAW _____ Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

THEOPRIC KENT BLOODSAW _____ in Dept _____

at: _____ A.M.

Date: _____        _____

                             *Committing Magistrate*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                   Plaintiff,

                v.

01 THEOPRIC KENT BLOODSAW (6/24/1957) (Bk# 7475221),
    aka JONATHON BLEDSOE,
    aka KENT THEOPRIC,
    aka LARRY BOWMAN,
    aka MARK BLOODSAW,
    aka THEO BLOODSAW,
    aka THEOPRIC BLOODSHAW,
    aka THEOPRIC BLOODSOE

                           Defendant(s).

CASE NO. YA053506

*INFORMATION*

Arraignment Hearing
Date: 12/18/2002
Department: SW G

## INFORMATION
## SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---------|--------|--------------|-----------|--------------------|---------------|
| 1 | PC 245(c) | 3-4-5 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667(a)(1)<br>PC 667.5(b) | MSP Check Code<br>+5 yrs per prior<br>+1 yr. per prior |
| 2 | PC 243(c)(2) | 16-2-3 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667(a)(1)<br>PC 667.5(b) | MSP Check Code<br>+5 yrs per prior<br>+1 yr. per prior |
| 3 | PC 422 | 16-2-3 | BLOODSAW, THEOPRIC KENT | PC 1170.12(a)-(d)<br>PC 667.5(b) | MSP Check Code<br>+1 yr. per prior |

The District Attorney of the County of Los Angeles, by this Information alleges that:

COUNT   1

On or about November 8, 2002, in the County of Los Angeles, the crime of ASSAULT UPON PEACE OFFICER OR FIREFIGHTER, in violation of PENAL CODE SECTION 245(c), a Felony, was committed by THEOPRIC KENT BLOODSAW, who did willfully and unlawfully commit an assault with a deadly weapon and instrument and by force likely to produce great bodily injury upon the person of DEP. SEAN HOODYE when said defendant(s), THEOPRIC KENT BLOODSAW knew and should have known that said person was a peace officer then and there engaged in the performance of his/her duties .

"NOTICE:   The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE:  Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

* * * * *

COUNT   2

On or about November 8, 2002, in the County of Los Angeles, the crime of BATTERY WITH INJURY ON A PEACE OFFICER, in violation of PENAL CODE SECTION 243(c)(2), a Felony, was committed by THEOPRIC KENT BLOODSAW, who did unlawfully use force and violence and inflict an injury upon the person of DEP. BRAD SATO when said defendant(s), THEOPRIC KENT BLOODSAW knew and reasonably should have known that said person was a peace officer then and there engaged in the performance of duty.

"NOTICE:  Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

* * * * *

COUNT  3

On or about November 8, 2002, in the County of Los Angeles, the crime of CRIMINAL THREATS, in violation of PENAL CODE SECTION 422, a Felony, was committed by THEOPRIC KENT BLOODSAW, who did willfully and unlawfully threaten to commit a crime which would result in death and great bodily injury to DEP. SEAN HOODYE, with the specific intent that the statement be taken as a threat.    It is further alleged that the threatened crime, on its face and under the circumstances in which it was made, was so unequivocal, unconditional, immediate and specific as to convey to DEP. SEAN HOODYE a gravity of purpose and an immediate prospect of execution.    It is further alleged that the said DEP. SEAN HOODYE was reasonably in sustained fear of his/her safety and the safety of his/her immediate family.

"NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged pursuant to Penal Code sections 1170.12(a) through (d) and  667(b) through (i) as to count(s) 1, 2, and 3 that said defendant(s), THEOPRIC KENT BLOODSAW, has suffered the following prior conviction of a serious or violent felony or juvenile adjudication:

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|------------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |

It is further alleged as to count(s) 1 and 2 that said defendant(s), THEOPRIC KENT BLOODSAW, was on and about the 27TH day of DECEMBER, 1989, in the SUPERIOR Court of the State of CALIFORNIA, for the County of LOS ANGELES, convicted of a serious felony, to wit: 1ST DEGREE BURGLARY, in violation of section 459 of the PENAL Code, case BA004642 within the meaning of Penal Code Section 667(a)(1).

It is further alleged as to count(s) 1, 2, and 3 pursuant to Penal Code section 667.5(b) that the defendant(s), THEOPRIC KENT BLOODSAW, has suffered the following prior conviction(s):

*119*

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|----------|--------------|------------|-----------------|-------|------------|
| BA004642 | PC 459 | 12/27/1989 | LOS ANGELES | CA | SUPERIOR |
| YA034031 | H&S 11350 | 10/07/1997 | LOS ANGELES | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant(s) did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

* * * * *

THIS INFORMATION CONSISTS OF 3 COUNT(S).

STEVE COOLEY
DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY: _____
    LAURIE BLAUSTEIN
    DEPUTY DISTRICT ATTORNEY        Filed in Superior Court,
                                    County of Los Angeles

/DCS                                DATED: _____

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

193
182

LEGAL STATUS SUMMARY  TYPE-   D    PSP          ** DISCREPANT **03/23/2005 21:40
-----------------------------------------------------------------------------
CDC NUMBER  |  NAME                              | ETHNIC |   BIRTHDATE
 P20045     |  BLOODSAW,THEOPRIC,KENT            |  BLA   |   06/24/1958
-----------------------------------------------------------------------------
TERM STARTS |  MAX REL DATE   MIN REL DATE   MAX ADJ REL DT |  MIN ADJ REL DT
 06/11/2003 |  11/27/2023     11/24/2019     11/27/2023CK   |  11/24/2019CK
-----------------------------------------------------------------------------
                                                | PAROLE PERIOD
BASE TERM 10/00 + ENHCMNTS  11/04 = TOT TERM  21/04 | 3 YRS
-----------------------------------------------------------------------------

PRE-PRISON + POST SENTENCE CREDITS
CASE    P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019  P2931 POST-SENT   TOT
                                                  92              28      305
YA053506    185

REGISTRATION REQUIRED PER H11590
PC296 DNA COMPLETED

-----------------------------------------------------------------------------
                        CASE   SENTENCE DATE            CREDIT      OFFENSE
RECV DT/ COUNTY/        OFF-CODE DESCRIPTION            CODE        DATE
 CNT
-----------------------------------------------------------------------------
CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
6/11/2003  LA    YA053506      5/13/2003   NO STRIKES: 2
                 01 P667.5(B) PPT-NV                      3
                 01 P667(A)    01 PFC SERIOUS             3
   01 P245(C)  ADW ON PO OR FIREMAN                       3      11/08/2002
                  (U)WPN
   02 P243(C)(2) BATT ON PO                      CS       3      11/08/2002
                  (U)WPN                         CS       3      11/08/2002
   03 P422      TERRORIST THREAT                 CS       3      11/08/2002
   04 P203      MAYHEM                           CS       3      11/08/2002
                  ATT
   05 P203      MAYHEM                           CS       3      11/08/2002
                  ATT

NON-CONTROLLING OFFENSES:
11/24/1998  LA    YA034031      11/16/1998
   01 H11350A  POSS CONTROL/SUB                         1      08/15/1997
                  PR

-----------------------------------------------------------------------------
                                        RULE       D A Y S
TRAN                                    NUMBER   ASSESS LOST REST DEAD
TYPE  DATE      END DATE LOG NUMBER
-----------------------------------------------------------------------------

BEG 11/24/1998              ******BEG BAL*******
ADD 06/11/2003              YA053506
BCL 10/23/2003              IV3100472 3062(H)      30    30
ADD 06/11/2003              YA053506
     CURRENT PC BALANCE:     0         CURRENT BC BALANCE:    1464

         ****** CONTINUED ******

144
183

LEGAL STATUS SUMMARY --CONTINUATION--    PAGE    2

------------------------------------------------------------------------

| CDC NUMBER | NAME |
|------------|------|
| P20045 | BLOODSAW,THEOPRIC,KENT |

------------------------------------------------------------------------

------------------------------------------------------------------------

INMATE'S COPY

MAY 27 2003

CDC# P20045

P20045

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 290

E40947

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
**BRANCH** SOUTHWEST
COURT ID 19,00,10
BOOKING# 7475221
CASE NUMBER (S) YA053508 - A

ORIGINAL FILED
ENTERED INTO OBIS
MAY 21 2003
LOS ANGELES
SUPERIOR COURT

**PEOPLE OF THE STATE OF CALIFORNIA versus**
**DEFENDANT:** THEOPRIC KENT BLOODSAW
[X] PRESENT
**AKA:** 647087 A09453505
[ ] NOT PRESENT

YA053508 - A
- B
- C
- D

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**

AMENDED
ABSTRACT [ ]

| DATE OF HEARING (MO) (DAY) (YR) | DEPT NO. | JUDGE | CLERK |
|---|---|---|---|
| 05 13 03 | SW B | J. MATUSINKA | D. LUNA |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| J. GUERRERO | S. BELIS | PRO PER | X-271483 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO DAY YEAR | CONVICTED BY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|---|
| 01 | PC | 245(c) | Assault upon a Peace Officer | 02 | 04 04 | 03 X | U | 10 |
| 02 | PC | 245(a)(1) | Battery with Serious Bodily Injury | 02 | 04 04 | 03 X | M | 4 |
| 03 | PC | 422 | Criminal threats | 02 | 04 04 | 03 X | M | 4 |
| 04 | PC | 664-203 | Attempted Mayhem | 02 | 04 04 | 03 X | M | 4 |
| 05 | PC | 664-203 | Attempted Mayhem | 02 | 04 04 | 03 X | M | 4 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022.5(a)(4.5), INCLUDING WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.)

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|
| 667(a)(1) | 5 | 667.5(b) | 1 | | | | | 6 |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

Sentence imposed on cts 01-05 pursuant to section 1170.12(a-d) PC
$250.00 restitution fine pursuant to section 1202.4(B) PC
$250.00 parole restitution fine pursuant to section 1202.45 PC, said fine is stayed.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):

7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED TERM LIMIT, ETC:

8. TOTAL TERM IMPOSED: 21 4

9. EXECUTION OF SENTENCE IMPOSED:
[X] A. AT INITIAL SENTENCING HEARING
[ ] B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL
[ ] C. AFTER REVOCATION OF PROBATION
[ ] D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC§ 1170(d))
[ ] E. OTHER

10. DATE OF SENTENCE PRONOUNCED (MO), (DAY), (YR): 05 13 03
CREDIT FOR TIME SPENT IN CUSTODY: 277
TOTAL DAYS
ACTUAL LOCAL TIME: 185
LOCAL CONDUCT: 92
STATE INSTITUTIONS: [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
TO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION/GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
[ ] CALIF. MEDICAL FACILITY – VACAVILLE
[ ] SAN QUENTIN
[X] CALIF. INSTITUTION FOR MEN – CHINO
[ ] OTHER (SPECIFY)

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY: G. HOO                    DATE: 05 21 03

This form is prescribed under Penal Code Section 1213.5 to satisfy the requirements of Section 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

## ABSTRACT OF JUDGMENT - PRISON COMMITMENT
### FORM DSL 290

Form Adopted by the Judicial Council of California
Effective April 1, 1984
DISTRIBUTION:   PINK COPY - COURT FILE     YELLOW COPY - DEPARTMENT OF CORRECTIONS     WHITE COPY - ADMINISTRATIVE OFFICE OF THE COURTS
Pen. C. 1213.5