EXHIBIT



MICHAEL D. RIESE
DISTRICT ATTORNEY
450 H Street, #171
Crescent City, CA  95531
Telephone: (707) 464-7210

Attorney(s) for Plaintiff

Space Below for use of Court Clerk Only

ENDORSED
FILED

OCT 2 6 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF DEL NORTE

---

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF DEL NORTE**

450 H Street, Crescent City, CA

---

THE PEOPLE OF THE STATE OF CALIFORNIA /

v.

THEOPRIC BLOODSAW (P-20045)

Defendant

CASE NUMBER: **CRPB07-5089**

**REQUEST FOR DISMISSAL**

Next Court Date: 11/1/2007

Request is made to dismiss this action for the following reason:

Interests of justice.


Dated: October 24, 2007

MICHAEL D. RIESE
DISTRICT ATTORNEY

By:    Katherine Micks
       Deputy District Attorney


**IT IS SO ORDERED**

Dated: OCT 2 6 2007

Robert W. Weir

Judge of the Superior Court

PROOF OF SERVICE


I am a citizen of the United States and a resident of the County of Del Norte.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 450 H Street, Crescent City, California, 95531.

On October 24, 2007, I served the within **REQUEST FOR DISMISSAL** in this action by delivering to and leaving with the following persons in the County of Del Norte, State of California, a true copy thereof, to wit:


Law Office of **George Mavris**, *via clerk's receptacle.*



I, H. Diane Collins, declare, under penalty of perjury that the foregoing is true and correct.


Executed on October 24, 2007, at Crescent City, California.


H. Diane Collins

State of California

# Memorandum

Date : November 6, 2007

## DA DISMISS
### (AND DETAINER REMOVAL)

To : M. D. Yax
Associate Warden
Central Services

From : Department of Corrections and Rehabilitation
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

Subject : **PBSP INCIDENT #PBP-B08-07-04-0144, CRPB07-5089**

On April 12, 2007, inmate **BLOODSAW, P-20045,** committed the following violation of the
California Penal Code Section:

   69        Resisting or Deterring an Officer
   4501.5    Battery Upon a Person not a Prisoner

On May 4, 2007, the case was presented to the Del Norte District Attorney's Office for possible
prosecution.

On May 29, 2007, the Del Norte County District Attorney's Office notified Pelican Bay State
Prison that their office issued a complaint charging the above named inmate with the following
violation of the Penal Code Section:

   COUNT I   4501.5 Battery Upon a Person not a Prisoner
   COUNT II  69     Resisting or Deterring an Officer

On November 6, 2007, the District Attorney's Office notified Pelican Bay State Prison that on
October 26, 2007, the case was dismissed by the court, and the above named inmate will not be
held to answer to the above charges.

The Court Liaison Office is no longer investigating the above named inmate. Please release the
Detainer placed by this office. Any pending disciplinary action should be completed and a
closure report prepared.

This closes our interest in this case. If you have any questions, please call my office at
extension 9081 or 5526.

T. STEWART
Correctional Sergeant
Court Liaison Office

cc:   Facility Captain
      Facility S&E
      Records
      Security Squad
      Inmate
      OTC Desk
      CLO File