EXHIBIT



| DATE | TIME | |
|------|------|---|
| 1/19/04 | 0920 | chart mgn for MD exam c/o Head injury and request for disability placement. — RLmit, RN |
| 1/20/04 | S 005 | Requesting disability placement. O alert and oriented. Spinal radiology report dated 12/17/92. Reported blow to head in 1992. A. Health Maintenance r/t disability request. P. MD line now. SC Mrgm |
| 7/20/04 | 1015 98⁵ 100-16 | S c/o pain req. RF of Tylenol. IM states he wants total disability, claims hx of head injury, back problem, claims ear drum damaged & painful. See past notes |
| 12/16 | 98% 2 | O A-O-NAD, ambulates w/o difficulty observed moving all extremities and turning head w/o difficulty. HEENT-WNL. TM's bilat c cone of light, Ø redness, Ø tear Ø fluid visible. Ø cervical or auricular LAD lungs CTA.  Heart-RRR  IM advised that if he has a disability issue he needs to submit proper forms. I have no documentation of any disability.   IM has tried to get disability before & has rec'd 115 for not working. A Ø ear pain Ø Tylenol 325 mg c TT po BID as needed pain x 90 days XR C-spine. F/U p results Ø med use.  Joan E Lappe FNP |

HOUSING UNIT  A4  226

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Bloodsaw, T.
P20045

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

COMBINED

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region | Log No. | Category
1. _____ 1. _____
2. _____ 2. _____

8/10

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _Bloodsaw_  NUMBER _P20065_  ASSIGNMENT _____  UNIT/ROOM NUMBER _A2-125_

A. Describe Problem: To Doctor Winslow Chief medical officer, I am having problem with staff physician I have a permanent disability. I have vertebral DR: Lazore had more Xrays taken it showed another injury C6-C7 DR: Lazore says she has no documentation of any disability. I have been waiting to see Orthopedic for over 4 months. Inadequate medical care violates the U.S.C. Eight Amendment I should be medically unassigned 3350. Provision of Medical Care and Definitions. (1) Medic-

If you need more space, attach one additional sheet.

B. Action Requested: ally Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life prevent significant illness or disability or alleviate severe pain and are supported by health outcome

Inmate/Parolee Signature: _T. Bloodsaw_    Date Submitted: _1-3-05_

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: Your XR ray results do not qualify you for a disability. The referral process can take many months, as discussed previously

Staff Signature: _Joan E Lazore_    Date Returned to Inmate: _1-6-05_

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

DR: Lazore is making false statements; 3413. Incompatible Activity. (2) Contains defamatory, intentionally false, intentionally inaccurate abusive, threatening, racially offensive, racially biased, or unlawfully discriminatory material.

Signature: _T. Bloodsaw_    Date Submitted: _2-3-05_

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

2

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____
2. _____

Log No.

1. _____
2. _____

Category

_____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| BloodSAW | P20045 | | A2-125 |

A. Describe Problem: data as being effective medical case. (4) severe pain means a degree of discomfort that significantly disables the patient from reasonable independent function. (5) Significant illness and disability means a medical condition that causes or may cause if left untreated a severe limitation of function or ability to preform the daily activities of life or that may cause premature death. U.S.C. Eighth Amendment

If you need more space, attach one additional sheet.

B. Action Requested: To be medically unassigned and not unlawfully racially discriminated against because of race or physical handicap cruel and unusual punishment

Inmate/Parolee Signature: _T. BloodsAw_    Date Submitted: _1-3-05_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

3004. Rights and Respect of others. (a) + (C)

Signature: _T. Bloodsaw_    Date Submitted: _2-3-05_

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

CC NON MED

## California State Prison Corcoran

## RADIOLOGY REPORT

NAME: BLOODSAW, Theopric          NUMBER: E-40947          DATE: 12/17/92

DOCTOR: Hoffman          HOUSING: 4B

SKULL SERIES, C-SPINE.

HISTORY: Blow to head 1977. Dizziness daily since.

SKULL SERIES.

I see no fracture, sinuses clear.

IMPRESSION: Unremarkable skull series.

CERVICAL SPINE.

Films continue to show loss of normal cervical lordosis. There is narrowing of the C-5/6 disc with some straightening of curvature at this level, no change since previous, no fractures or destructive processes seen.

IMPRESSION: Abnormal C-5/6 interspace. No other significant findings identified.

Mario Deguchi, M.D./Jay Grauman, M.D.

Dictated: 12/22/92 ls/JG
Original: Medical Chart
          cc: X-Ray Jacket

## California State Prison Corcoran

# RADIOLOGY REPORT

NAME: BLOODSAW, Theopric _____      NUMBER: E-40947 _____      DATE: 10/20/92 _____

DOCTOR: Brown _____      HOUSING: 4B _____

CERVICAL SPINE FILM SERIES WITH OBLIQUES.

Radiographic examination of the cervical spine was obtained. There is either a superimposed position artifact or non-displaced fracture at the lateral left lateral corner of C-1. It is visible on the frontal projection. Further evaluation by obtaining follow-up radiographic examination may be of value. Otherwise there is no evidence of acute fracture or dislocation. Vertebral body statures are well maintained. Narrowing of C-5/C-6 intervertebral disc space with osteophytes is appreciated. This is consistent with degenerative disc disease. Neural canal are patent. Prevertebral soft tissue structures appear unremarkable. Mild reversal of cervical curvature is noted. This may be secondary to positioning or muscle spasms.

IMPRESSION: (1) Reversal of cervical curvature. (2) Degenerative disc disease. (3) Fractures verses superimposed position artifact of C-1 as described, Follow up Lateral + open mouth View Rx.

Mario Deguchi, M.D./Jay Grauman, M.D.

Dictated: 10/22/92 ls/MD
Original: Medical Chart
        cc: X-Ray Jacket

X-RAY REPORT

DEPARTMENT OF CORRECTIONS
CORRECTIONAL TRAINING FACILITY

NAME:                    CDC #:        CELL:       DOB:        DATE:
BLOODSAW, THEOPRIC       P-20045       D4/025U     06/24/58    02/26/99

EXAM REQUESTED:
PA AND LATERAL CHEST

CLINICAL DATA:
OLD GSW, LEFT THORAX

REFERRING PHYSICIAN:
D. GINES, M.D.

RADIOGRAPHIC REPORT:

CHEST:  PA AND LATERAL VIEWS OF THE CHEST ARE OBTAINED ON 02/26/99.

MULTIPLE METALLIC FRAGMENTS ARE NOTED OVERLYING AND WITHIN THE UPPER LEFT
HEMITHORAX, CONSISTENT WITH A PREVIOUS GUNSHOT INJURY.  BOTH LUNGS ARE
WELL EXPANDED AND CLEAR.  THERE IS NO EVIDENCE OF ANY ACTIVE PULMONARY
PATHOLOGY.  THE HEART IS NORMAL IN SIZE AND CONTOUR.  THERE IS NO
MEDIASTINAL ADENOPATHY.

IMPRESSION:

THERE IS EVIDENCE OF A PREVIOUS OLD GUNSHOT INJURY INVOLVING THE LEFT
UPPER HEMITHORAX.  NO ACTIVE CARDIOPULMONARY PATHOLOGY IS SEEN.  THERE
ARE NO PREVIOUS FILMS AVAILABLE FOR COMPARISON.

03/02/99              NELSON PARKER, M.D.                      NHP/gj
DATE READ                 RADIOLOGIST          DATE TYPED:   04/07/99




# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

---

NAME: BLOODSAW, THEOPRIC   NO. P20045   RM: A4-226   DOB: 06/25/58   DATE: 07/23/04

EXAM REQUESTED:              CERVICAL SPINE

REQUESTING M.D.:            J. LAZORE, F.N.P.

CLINICAL DATA:              HISTORY OF PAIN.

RADIOGRAPHIC REPORT:        CERVICAL SPINE

FINDINGS:                   There is mild a reversal of the normal cervical lordosis.

Moderate degenerative disc disease is noted at the C5-6 and C6-C7 levels manifest by disc space narrowing and marginal osteophyte formation.

**IMPRESSION:**            **MODERATE DEGENERATIVE DISC DISEASE AT C5-6
                            AND C6-C7.**

ORIGINAL

| 07/28/04 | CURTIS COULAM, M.D. | DLK |
|---|---|---|
| DATE READ | RADIOLOGIST | TRANSCRIBER |




# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045   RM: A2-125  DOB:  6/25/58  DATE: 02/22/05

EXAM REQUESTED:              CERVICAL SPINE

REQUESTING M.D.:             J. LAZORE, F.N.P.

CLINICAL DATA:               NO HISTORY GIVEN

RADIOGRAPHIC REPORT:         CERVICAL SPINE

FINDINGS:                    Comparison to a previous study dated 7/23/04.

On the current study the soft tissues are unremarkable.

There is a mild reversal of the cervical lordosis centered at  C5-6.  There is mild anterior subluxation of C4 with respect to C5 which was not present on the previous study.

Degenerative discs at C5-6 and C6-7 again noted and show little change compared to the previous study.

IMPRESSION:                  1.      REDEMONSTRATION OF DEGENERATIVE DISC DISEASE AT C5-6 AND C6-7 WHICH APPEAR STABLE.
                             2.      THERE IS MILD ANTERIOR SUBLUXATION OF C4 WITH RESPECT TO C5 OF APPROXIMATELY 2 MM WHICH WAS NOT SPECIFICALLY PRESENT ON THE FILMS OF 7/23/04.

**ON THE OBLIQUE VIEWS POSTERIOR OSTEOPHYTES PARTIALLY ENCROACH ON THE INTERVERTEBRAL FORAMINA AT THE C5-6 LEVEL BILATERALLY.**

| | | |
|---|---|---|
| 02/22/05 | CURTIS COULAM, M.D. | BGR |
| DATE READ | RADIOLOGIST | TRANSCRIBER |

 

# X-RAY REPORT

## DEPARTMENT OF CORRECTIONS
## PELICAN BAY STATE PRISON
## HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: A2-125  DOB: 6/25/58  DATE: 02/22/05

EXAM REQUESTED:            3 VIEW LUMBAR SPINE

REQUESTING M.D.:           J. LAZORE, F.N.P.

CLINICAL DATA:             NO HISTORY GIVEN

RADIOGRAPHIC REPORT:       3 VIEW LUMBAR SPINE

FINDINGS:            The lumbar vertebra are normally aligned and the disc spaces are well maintained. No compression fractures are evident. There are no arthritic changes.

**IMPRESSION:            NORMAL LUMBAR SPINE.**


EXAM REQUESTED:            LEFT HIP

REQUESTING M.D.:           J. LAZORE, F.N.P.

CLINICAL DATA:             NO HISTORY GIVEN

RADIOGRAPHIC REPORT:       LEFT HIP

FINDINGS:            4-5 tiny metallic fragments are noted in the soft tissues lateral to the hip joint. These all appear to be extra articular.

The femoral head is normally developed and normally located in the acetabulum. The joint space is well preserved. No significant arthritic changes are evident.

IMPRESSION:            **TINY METALLIC FOREIGN BODIES IN THE SOFT TISSUES LATERAL TO THE HIP. THE HIP, PER SE IS UNREMARKABLE.**

| 02/22/05 | CURTIS COULAM, M.D. | BGR |
|---|---|---|
| DATE READ | RADIOLOGIST | TRANSCRIBER |

NAME  Bloodsaw                    NUMBER  E40947          AGE  32      DATE     12/17/90

X-RAY REQUESTED        Left hip                            PHYSICIAN   A. C. Pedley, M.D.

REPORT:

The left hip is negative for evidence of acute fracture or dislocation.
There are several bullet fragments overlying the soft tissues lateral to
the left hip joint space and suggested slight increased narrowing of the
left hip joint space medially.

RJB: ck
d:  12/18/90
t:  12/18/90
                                                    ᵇᵇ
                                          ROBERT J. BEMRICK, M.D.
                                          RADIOLOGIST

                          S.C.C. X-RAY REPORT

20

NAME  Bloodsaw _____ NUMBER  E40947 _____ AGE  32 ___ DATE ___ 12/17/90 __

X-RAY REQUESTED _____ Left hip _____ PHYSICIAN  A. C. Pedley, M.D.

REPORT:

The left hip is negative for evidence of acute fracture or dislocation.
There are several bullet fragments overlying the soft tissues lateral to
the left hip joint space  and suggested slight increased narrowing of the
left hip joint space medially.

RJB: ck
d:  12/18/90
t:  12/18/90

$\not{B}$

ROBERT J. BEMRICK, M.D.
RADIOLOGIST

S.C.C. X-RAY REPORT

NAME · Bloodsaw _____ NUMBER  E40947 _____ AGE ___ 31 ___ DATE ___ 2/16/90 __

X-RAY REQUESTED _____ Upper GI Series _____ PHYSICIAN _____ F. J. Foster, M.D.

REPORT:

The preliminary film of the abdomen shows no evidence of acute intra-abdominal
disease or other significant abnormality except for a developmental or possibly
old minor post-traumatic deformity involving the right transverse process of
the fourth lumbar vertebra.

The examination was performed without the aid of fluoroscopy.  There appears to
be increased prominence of the partially visualized distal antral and pyloric
folds and there is deformity of the duodenal bulb with inflammatory thickening
of the duodenal bulb and post-bulbar folds.  The visualized upper intestinal tract
is otherwise within normal limits and shows no evidence of peptic ulceration.

CONCLUSIONS:   Findings consistent with nonerosive antral gastritis and duodenitis.

                No evidence of peptic ulceration involving the upper intestinal
                tract.

$\not{B}$






## X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: A2-202L  DATE: 09/10/07

EXAM REQUESTED:               AP PELVIS AND BILATERAL HIPS, 2 FILMS/
                             3-VIEWS LUMBAR SPINE

REQUESTING M.D.:             PCP

CLINICAL DATA:               HISTORY NOT GIVEN

RADIOGRAPHIC REPORT:         AP PELVIS AND BILATERAL HIPS, 2 FILMS

FINDINGS:                    This study is compared with a preceding examination from February
2005.

There are scattered areas of shrapnel in the area of the left gluteal region and hip.  These are unchanged
from the previous study, although they are reported to have been associated with the right hip at the time
of the previous study.  Perhaps one of these two exams has been mislabeled.

There is no soft tissue swelling or calcifications.  The SI joints and hip joints appear normal bilaterally.
The bony architecture is intact.  There are no sclerotic or lytic changes.

**IMPRESSION:**                  **NO ACUTE BONY TRAUMA OR ARTHRITIC CHANGES
                             ARE RECOGNIZED.  SCATTERED PRESUMED SHRAPNEL
                             IS NOTED IN THE VICINITY OF WHAT IS THOUGHT TO
                             BE THE LEFT HIP.  OTHERWISE, NEGATIVE.**

Page 1

| 09/11/07 | PHILIP GRIMM, M.D. | JLP |
|---|---|---|
| DATE READ | RADIOLOGIST | TRANSCRIBER |

*Williams Clarey M.D.*

 

### X-RAY REPORT

**DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
HEALTH CARE SERVICES**

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: ASU-E1  DATE: 10/18/07

EXAM REQUESTED:              AP OF PELVIS AND LATERAL EXAMINATION OF THE LEFT
                            HIP/THREE-VIEWS

REQUESTING M.D.:            PCP

CLINICAL DATA:              HISTORY OF PAIN

RADIOGRAPHIC REPORT:        AP OF PELVIS AND LATERAL EXAMINATION OF THE LEFT
                            HIP/THREE-VIEWS

FINDINGS:                   This study is compared with films taken in September 2007.

In the approximately one month interval since the previous study, little if any change is seen.  There is some minimal shrapnel in the immediate vicinity of the left hip, and it is possible that some of the shrapnel fragments are closely associated with the joint capsule, but none are thought to lie within the joint capsule.  Mild arthritic changes are recognized, but the underlying bony architecture is intact, and no obvious acute pathology is seen.  No obvious acute trauma is recognized.  If there is persistent pain, perhaps a nuclear medicine bone scans or even an MRI study would be helpful.

**IMPRESSION:**              **THE FINDINGS ARE SIMILAR TO THAT OF ONE MONTH
                            BEFORE.  EVIDENCE OF PREVIOUS GUNSHOT WOUND
                            IN THE IMMEDIATE VICINITY OF THE LEFT HIP IS
                            SEEN, BUT NO ACUTE PATHOLOGY IS APPRECIATED.**

| 10/30/07 | PHILIP GRIMM, M.D. | JLP |
|---|---|---|
| DATE READ | RADIOLOGIST | TRANSCRIBER |

*Williams Claire, M.D.*

 

# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: ASU-E1  DATE: 01/22/08

EXAM REQUESTED:                FOUR-VIEW CERVICAL SPINE

REQUESTING M.D.:               PCP

CLINICAL DATA:                 HISTORY NOT GIVEN

RADIOGRAPHIC REPORT:           FOUR-VIEW CERVICAL SPINE

FINDINGS:                There is extensive multiple level degenerative change throughout the mid and lower cervical spine. No evidence of instability is seen at C1-2 on the open-mouth view or on the lateral radiograph. However, there is a grade 1 degenerative spondylolisthesis at C4-5. Extensive disk space narrowing, osteophyte formation, and sclerosis of vertebral end plates is present from C3 to C7.

IMPRESSION:             **MULTIPLE LEVEL DEGENERATIVE CHANGE, CERVICAL SPINE, SEVERE CHRONIC APPEARING WITH GRADE 1 SPONDYLOLISTHESIS C4-5.**

### ADDENDUM

Incidental note is also made of retained metallic material, which is not visible within the region of the spinal canal, but appears to be in the anterior chest wall region from previous gunshot wound and a few small fragments well anterior to the vertebral bodies at C4-5.

Comparison radiograph from 05/10/07, shows identical appearing degenerative change and same degree of spondylolisthesis at C4-5.

If cervical instability requires further evaluation, flexion/extension lateral radiographs should be considered.

Page 1



| 02/06/08 | GREGORY J. DUNCAN M.D. | JLP |
|---|---|---|
| DATE READ | ORTHOPEDIC SURGEON | TRANSCRIBER |

02/20/2008 08:04 FAX  7074659127

*Williams Claire, M.D.*  ☑ 005/005



# X-RAY REPORT

### DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC  NO. P20045  RM: ASU-E1  DATE: 01/16/08

EXAM REQUESTED:              THREE-VIEW LUMBAR SPINE

REQUESTING M.D.:             PCP

CLINICAL DATA:               HISTORY NOT GIVEN

RADIOGRAPHIC REPORT:         THREE-VIEW LUMBAR SPINE

FINDINGS:                    There is normal alignment on the AP and lateral radiographs with no
degenerative or posttraumatic change.

IMPRESSION:                  **MINIMAL DEGENERATIVE CHANGE THORACIC SPINE
WITHOUT EVIDENCE OF THORACIC OR LUMBAR
INSTABILITY.**

| | | |
|---|---|---|
| 02/06/08 | GREGORY J. DUNCAN M.D. | JLP |
| DATE READ | ORTHOPEDIC SURGEON | TRANSCRIBER |

56    *Jain Bhawna, M.D.*




## X-RAY REPORT

DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
HEALTH CARE SERVICES

NAME: BLOODSAW, THEOPRIC    NO. P20045    RM: A2-202L    DATE: 05/10/07

EXAM REQUESTED:              CERVICAL SPINE THREE VIEWS

REQUESTING M.D.:            PCP CLINIC

CLINICAL DATA:              HISTORY OF NECK PAIN.

RADIOGRAPHIC REPORT:        CERVICAL SPINE THREE VIEWS

FINDINGS:                   This study is compared with films taken in June of 2005.

There is no obvious soft tissue swelling or calcifications. There is a focal reversal of the normal cervical lordosis with the apex this reversal is centered at C5. Mild arthritic changes are noted at C4-5. Moderate arthritic changes bordering on severe are noted at C5-6 and C6-7. At these levels there is endplate sclerosis, osteophyte formation and joint space narrowing. Lateral mass arthritic changes are noted at disc spaces above this. There is an unusual appearance of the symphysis of the mandible perhaps this is posttraumatic. This is probably unchanged from the preceding study. The degree of arthritic changes in the mid and lower cervical spine is thought to be mildly progressive when compared to the previous study in 2005.

IMPRESSION:      1.  FOCAL MODERATE DEGENERATIVE ARTHRITIC CHANGES OF THE MID AND LOWER CERVICAL SPINE, I BELIEVE THEY ARE MILDLY PROGRESSIVE WHEN COMPARED TO THE PRECEDING STUDY.

2.  FINDINGS AT C5-6 MAY BE CHARACTERIZED AS SEVERE.

3.  I BELIEVE THAT THERE IS A POSTTRAUMATIC DEFORMITY OF THE SYMPHYSIS OF THE MANDIBLE THAT IS STABLE WHEN COMPARED TO THE PREVIOUS STUDY.

05/15/07                    PHILIP GRIMM, M.D.                          DLK
DATE READ                   RADIOLOGIST                          TRANSCRIBER

*19*

# LABORATORY REPORTS

### DEPARTMENT OF CORRECTIONS
### CMC-EAST HOSPITAL

NAME: **BLOODSAW, THEO**   NUMBER: **E-40947**   ROOM: 4190X   AGE: 37

Date Taken:  9-15-95      Date Read:  09/15/95      Ordering M.D.: **MISSON**

RADIOGRAPHIC REPORT: LEFT HIP

There is evidence of fracture.  Minimal osteoarthritic spurring is present
about the inferior margin of the femoral head.

JBF:jag     Date:  September 16, 1995                J. FLEMING, M.D.

Date Taken: 3-30-95     Date Read: 3-31-95     Ordering M.D.: Stevig

RADIOGRAPHIC REPORT:

CHEST:    There is no evidence of active pulmonary disease.  Small
metal fragments are present in the left upper chest.

55  24
#





# X-RAY REPORT

## DEPARTMENT OF CORRECTIONS
### PELICAN BAY STATE PRISON
### HEALTH CARE SERVICES

A3-187L

NAME: BLOODSAW, THEOPRIC  NO. P-20045  RM: ~~A2-118~~  DOB: 06/25/58  DATE: 06/23/05

EXAM REQUESTED:                FIVE VIEW CERVICAL SPINE

REQUESTING M.D.:              W. WAHIDULLAH, M.D.

CLINICAL DATA:                HISTORY OF PAIN

RADIOGRAPHIC REPORT:         FIVE VIEW CERVICAL SPINE

FINDINGS:                     Comparison to previous study dated 02/22/2005.

Soft tissues remain normal.

Again noted is approximately 2 ml subluxation of C-4 with respect to C-5.  This is unchanged compared to the previous study.

Degenerative narrowing of the C5-6 and C6-C7 disc spaces are again noted with no demonstrable change.

Again noted is minimal foraminal encroachment at the C5-6 level bilaterally.

**IMPRESSION:**                **DEGENERATIVE DISC DISEASE AT C5-6 AND C6-C7 WITH MILD SUBLUXATION OF C4 ON C5.  THESE FINDINGS WERE ALL PRESENT ON THE PREVIOUS STUDY AND THERE HAS BEEN NO DEMONSTRATED CHANGE SINCE THAT EXAMINATION.**

CC 7/8/05

06/07/05                      CURTIS COULAM, M.D.                              BMC
DATE READ                     RADIOLOGIST                             TRANSCRIBER

NAME: Bloodsaw          NUMBER P20045    HOUSING        PBSP-LAB-001
                                          A2-202L

PELICAN BAY STATE PRISON          HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS      TEST DATES: 9/10/07

TYPE OF TEST:          BASIC BLOOD TESTS      HEPATITIS SCREEN    (X-RAY)      EKG
(circle test type)     OTHER:                                    Pelvis, hips, L-spine

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☐  Your test result is essentially within normal limits.  No physician follow-up is required.

☐  Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☒  Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician.

☐  Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

   will receive further information on this study at a later date.

PHYSICIAN REMARKS   Your xrays are good

_____

Malo-Clines Cheryl, M.D. or F.N.P.

1.  HEALTH RECORD COPY          CMC
                                _____
                                Physician & Surgeon

2.  PATIENT COPY

3.  PHYSICIAN COPY              09-17-07
                                _____
                                Date &Time

CONFIDENTIAL

NAME :              NUMBER          HOUSING          PBSP-LAB-001

NAME: Bloodsaw          NUMBER P20045          HOUSING          PBSP-LAB-001
                                                ASU-E1

PELICAN BAY STATE PRISON          HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS          TEST DATES: 10/18/07

TYPE OF TEST:          BASIC BLOOD TESTS          HEPATITIS SCREEN          (X-RAY)          EKG
(circle test type)          OTHER:                                                   Pelvis + Lt. hip

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐    Your test result is essentially within normal limits.  No physician follow-up is required.

☐    Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐    Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician.

☐    Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

     will receive further information on this study at a later date.

PHYSICIAN REMARKS          unchanged

Williams Claire, M.D.

1.    HEALTH RECORD COPY                    Clue
                                            Physician & Surgeon
2.    PATIENT COPY
                                            11-11-07
3.    PHYSICIAN COPY                        Date &Time

**CONFIDENTIAL**

NAME :                    NUMBER          HOUSING          PBSP-LAB-001

STATE OF CALIFORNIA
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. 01/04)

DEPARTMENT OF CORRECTIONS
*CHECK ALL APPLICABLE BOXES*

### THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| BLOOPSAW | P20045 | PBSP | AZ 202L | 8/1/07 |

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| [X] Inmate self-identifies to staff  [ ] Third party evaluation request | [ ] Blind/Vision Impaired    [ ] Speech Impaired |
| [ ] Observation by staff    [ ] Medical documentation or Central File information | [X] Deaf/Hearing Impaired    [ ] Mobility Impaired |

*Sections C - G to be completed by a physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| 1. [ ] FULL TIME WHEELCHAIR USER - DPW<br>Requires wheelchair accessible housing and path of travel. | 1. NO CORRESPONDING CATEGORY |
| 2. [ ] INTERMITTENT WHEELCHAIR USER - DPO<br>Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell. | 2. NO CORRESPONDING CATEGORY |
| 3. [ ] MOBILITY IMPAIRMENT - With or Without Assistive Device<br>(Wheelchairs shall not be prescribed) - DPM<br>Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel. | 3. [ ] MOBILITY IMPAIRMENT (Lower Extremities) - DNM<br>Walks 100 yards without pause with or without assistive devices.<br>[ ] No Housing Restrictions   [ ] See HOUSING RESTRICTIONS in Section E<br>[ ] Requires relatively level terrain and no obstructions in path of travel.<br>**Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____) |
| 4. [ ] DEAF/HEARING IMPAIRMENT - DPH<br>Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements. | 4. [X] HEARING IMPAIRMENT - DNH<br>With residual hearing at a functional level with hearing aid(s). |
| 5. [ ] BLIND/VISION IMPAIRMENT - DPV<br>Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E). | 5. NO CORRESPONDING CATEGORY |
| 6. [ ] SPEECH IMPAIRMENT - DPS<br>Does not communicate effectively speaking or in writing. | 6. [ ] SPEECH IMPAIRMENT - DNS<br>Does not communicate effectively speaking, but does when writing. |

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
[ ] Requires relatively level terrain and no obstructions in path of travel
[ ] Complex medical needs affecting placement   [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
[ ] Cane  [ ] Crutch  [ ] Walker   [ ] Leg/Arm prosthesis  [ ] Vest
[ ] Other: _____    [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
[ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
[ ] Toileting  [ ] Other: _____  [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
[ ] NONE _____ ; _____
       CODE   DATED   CODE   DATED

**HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk. CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS

[ ] VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).

[ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)

[ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS

[ ] Uses Sign Language Interpreter (SLI)   [ ] Reads Braille   [ ] Communicates with written notes   [ ] Requires large print or magnifier
[ ] Reads lips   [X] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

*Has good function & hearing aids ~ does not need vest*

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| M.C. SAYRE | MC Sayre | 8/1/07 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
| M.C. SAYRE | MC Sayre | 8/1/07 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.  *orig.*

DISTRIBUTION: Original - Top General Chrono Section of C-File;   Green - Chrono Section, Unit Health Record   Canary - C&PR/CC-III;   Pink-CC-I;   Gold-Inmate

STATE OF CALIFORNIA **COPY** DEPARTMENT OF CORRECTIONS
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPP) *ASU EIL* CHECK ALL APPLICABLE BOXES
CDC 1845 (Rev. 01/04)

**THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B**

| INMATE NAME: *Blackson* | CDC NUMBER: *P20045* | INSTITUTION: *PBSP* | HOUSING ASSIGNMENT: *ADSE OIL* | DATE FORM INITIATED: *1/15/08* |
|---|---|---|---|---|

*Sections A – B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| [X] Inmate self-identifies to staff    [ ] Third party evaluation request | [ ] Blind/Vision Impaired    [ ] Speech Impaired |
| [ ] Observation by staff    [ ] Medical documentation or Central File information | [X] Deaf/Hearing Impaired    [ ] Mobility Impaired |

*Sections C - G to be completed by a physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| 1. [ ] FULL TIME WHEELCHAIR USER - DPW Requires wheelchair accessible housing and path of travel. | 1. NO CORRESPONDING CATEGORY |
| 2. [ ] INTERMITTENT WHEELCHAIR USER - DPO Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell. | 2. NO CORRESPONDING CATEGORY |
| 3. [ ] MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel. | 3. [ ] MOBILITY IMPAIRMENT (Lower Extremities) - DNM Walks 100 yards without pause with or without assistive devices. [ ] No Housing Restrictions    [ ] See HOUSING RESTRICTIONS in Section E Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____) |
| 4. [ ] DEAF/HEARING IMPAIRMENT - DPH Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements. | 4. [X] HEARING IMPAIRMENT - DNH With residual hearing at a functional level with hearing aid(s). |
| 5. [ ] BLIND/VISION IMPAIRMENT - DPV Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E). | 5. NO CORRESPONDING CATEGORY |
| 6. [ ] SPEECH IMPAIRMENT - DPS Does not communicate effectively speaking or in writing. | 6. [ ] SPEECH IMPAIRMENT - DNS Does not communicate effectively speaking, but does when writing. |

| SECTION E: ADDITIONAL MEDICAL INFORMATION |
|---|

**CSR ALERT:**
[ ] Requires relatively level terrain and no obstructions in path of travel
[ ] Complex medical needs affecting placement    [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
[ ] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
[X] Other: *H-A*    [X] CDC 128-C(s) dated: *3/7/0*

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
[ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
[ ] Toileting  [ ] Other: _____  [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
[ ] NONE _____ ; _____
CODE    DATED    CODE    DATED

**HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk. CDC 128-C(s) dated: _____

| SECTION F: EXCLUSIONS |
|---|

[ ] VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____.)
[ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
[ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

| SECTION G: EFFECTIVE COMMUNICATION FACTORS |
|---|

[ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
[ ] Reads lips  [X] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

*Has good function c̄ hearing aids*

| PHYSICIAN'S NAME (Print): *MC Sayre* | PHYSICIAN'S SIGNATURE: *MC Sayre* | DATE SIGNED: *1/15/08* |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print): *MC Sayre* | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE: *MC Sayre* | DATE SIGNED: *1/15/08* |

STAPLE THIS FORM TO MOST CURRENT CDC 1845 AND ENTER INFORMATION INTO ACTS

State of California                                                                    DEPARTMENT OF CORRECTIONS
                                                                                       CDC 128-B

NAME and NUMBER  Bloodsaw, P20045

This inmate has been identified as:  ☐ DPH  ☒ DNH  ☐ DPS  ☐ DNS and was interviewed as indicated below:
☒ The inmate was (was not) interviewed with the assistance of a qualified sign language interpreter.
    Name of sign language interpreter _____

Primary method:  (Check one) (This method shall be used for due process, delivery of health care, inmate appeals and CDC 1515)
☐ American Sign Language  ☐ Sign Exact English  ☐ Other sign language: _____  ☐ Written notes
☐ Reads Lips  ☒ Hearing aide(s)  ☐ Assistive listening device

Alternative method(s):  (Check all that apply)   I/m Request a Vest to Identify his Hearing Impairm
☐ American Sign Language  ☐ Sign Exact English  ☐ Other sign language: _____  ☐ Written notes
☐ Reads Lips  ☐ Hearing aide(s)  ☐ Assistive listening device  ☒ None

V.Y. France, Sgt.          France Sgt          X T. Bloodsaw          C. Pintero
Interviewer's Name         Interviewer's Signature      Inmate's Signature       CAPTAIN

DATE: 8/16/07  NOTE - VEST ISSUED 8/17/07  CP     INST: PBSP
                 EQUALLY EFFECTIVE COMMUNICATION FOR HEARING/SPEECH IMPAIRED