*31*

# ADA APPEAL TRACKING SHEET

INMATE NAME _Bloodsaw_ CDC # _P20045_ APPEAL # _ACC 0193_

Appeal Received                                    Date: _5/11/05_

Verification Attached                          ☒ YES        ☐ NO

Medical Chart Reviewed                         Date:_____

Verification Obtained by Review                ☐ YES        ☐ NO

Appeal Forwarded for Review                    Date:_____

Request for Verification                       Date:_____

Verification Confirmed                         ☐ YES        ☐ NO

                                               Date Received:_____

Appeal Forwarded for Review                    Date:_____

Unable to Verify/Consult Necessary             ☐ YES        ☐ NO

Appeal Suspended                               Date:_____

Appointment with Outside Consult Scheduled     Date:_____

Outside Consult Completed/Report Received      Date:_____

Appeal Forwarded for Review After Suspension   Date:_____

32

# URGENT
# ADA

## Request
## for
## Medical Review

## Verification
## of
## Disability

Inmate _Bloodsaw_ CDC# _P20045_, has filed a CDC 1824 requesting accommodation under ADA. His medical file has been reviewed and has no verification of the disability he is claiming. For proper processing, a CDC 1845 and a CDC 128-C listing limitation must be generated and returned to the Appeals Office prior to _5/24/05_.

APPEAL # _A05-01931_

Please put on
Dr. Line to
have ADA
issues discussed.
Thank You
Cindy Wood
X 7224
Med. Appeals
Return to Med. Appeals

33

## ADA 1824 RESPONSE SHEET

Inmate's issue: Vertebral abnormal C-5/6 + C6-7 Severe pain in left hip, spasms, lower back pain, dizziness

Inmate interviewed on: 5/19/05
          Date

By: W. Wahidullah M.D.
          Interviewer

Inmate stated during the interview: pt wants total disability due to his back and neck pain, & occasial spasm.

Inmate's request for accommodation is: Totally disable under ADA — per diagnosis of physician.

The reason for the determination is: , Refer to Physical therapy for evaluation for disability, as it could not be determined based on pt sitting comfortable during exam, Not in any distress, and able to walk, No weakness or numbness in Arms, hand or legs, No report or radiation of pain to the back of thigh or leg

If a determination cannot be made without an outside consult, please attach the order for MAR review of outside consult.

## NOTE: SEND CO___ OF PHYSICIAN'S ORDER __ R MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

### Plan

Plan Dt/Tm: 09-18-2007 1257                    Provider: MALO-CLINES, FNP, CHERYL

AR and etd=cont with flunisolide and add vistaril.  DC allerchlor.
NF for flunisolide sent. He did do best on nasonex, but that is NF. Hopefully
we an improve symptoms with combination of vistaril and flunisolide.
Discussed with psych and they are agreeable to vistaril.
He repeatedly insisted that he have a cane. This has been a focus of many
visits and appears he wants to renew that focus. Advised pt that he does not
qualify for a cane. He states the ibu relieves his back pain, but he doe not
take it daily. He has set ideas on when and what he will do.
GI-doing well on lactulose and omperazole. WIll cont.
Communication with pt is difficult.
RTC one mo for eval of meds

### Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 09-18-2007 1142 | HYDROXYZINE HCL 25 MG TABLET | 25 MG | PO | BID | 30 | MALO-CLINES, FNP, CHERYL |
| 09-18-2007 1429 | HYDROCORTISONE 1% CREAM | 1 CREAM | TP | QD | 90 | MALO-CLINES, FNP, CHERYL |
| 09-18-2007 1429 | NYSTATIN/TRIAMCINOLONE CRM | 1 CREAM | TP | BID | 30 | MALO-CLINES, FNP, CHERYL |

### Treatments

| Start Dt/Tm | CPT | Treatment | Freq | Anatomical Location | Provider |
|---|---|---|---|---|---|
| 09-18-2007 1306 | 99999 | RTC ONE MO | NA | | MALO-CLINES, FNP, CHERYL |

### Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 09-18-2007 1104 | 99.1 | 88 | 18 | 110/80 | PENKIAN, RN, STELLA |

### Noted

Noted Dt/Tm:  09-18-2007 2056                    Noted By: SNYDER, LPT, RITA

Confidential client information
See W & I Code, Sections 4514 and 5328

**PHYSICIAN'S ORDERS**

CDC #: P20045
Name(L,F,M,S): BLOODSAW, THEOPRIC

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

## Plan

Plan Dt/Tm: 08-14-2007 1439                    Provider: MALO-CLINES, FNP, CHERYL

Meds renewed.
Pt does not want naprosyn, prefers ibu.
Changed.
See cc note please

## Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 08-14-2007 0925 | IBUPROFEN 600 MG TABLET | 600 MG | PO | QDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0926 | ALLER-CHLOR 4 MG TABLET | 4 MG | PO | BIDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0928 | HYDROCORTISONE 1% CREAM | 1 CREAM | TP | BIDPRN | 30 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0930 | DEEP SEA 0.65% NOSE SPRAY | 1 SPRAY | NS | BIDPRN | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0930 | LACTULOSE 10GM/15ML SOLN | 30 ML | PO | QD | 90 | MALO-CLINES, FNP, CHERYL |
| 08-14-2007 0931 | OMEPRAZOLE 20 MG CAPSULE DR | 20 MG | PO | QD | 90 | MALO-CLINES, FNP, CHERYL |

## Tests

| Order Dt/Tm | Test/Instructions | Ordered By |
|---|---|---|
| 08-14-2007 0932 | GUAIAC SCREENING | MALO-CLINES, FNP, CHERYL |

## Vitals

| Vital Dt/Tm | Temp (F) | Pulse | Respiration | BP | Provider |
|---|---|---|---|---|---|
| 08-14-2007 0920 | 97.5 | 89 | 18 | 118/70 | FLOWERS, RN, ANNE |

## Noted

Noted Dt/Tm: 08-14-2007 1455                    Noted By: FLOWERS, RN, ANNE

---

Confidential client information
See W & I Code, Sections 4514 and 5328

CDC #: P20045
Name(L,F,M,S): BLOODSAW, THEOPRIC

**PHYSICIAN'S ORDERS**

CDC 7221
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS                    Page 1 of 1

Visit Start Dt/Tm: 12-19-2007 0743    Encounter Type: SICK CALL    Visit Reason: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 12-19-2007 0744        Entered By: MPIMSSYN , NAKAMURA, RN
Updated Dt/Tm: 12-19-2007 0801      Updated By: MPIMSSYN , NAKAMURA, RN

Kiss my black ass. Fuck you bitch. Kiss my mother ass. Fuck you bitch. Get away from my cell. You write it all down. Started to write his words on paper. "One more of these are on the way. I notified you three weeks ago that I did not want to see that bitch. What do you mean I cannot pick and choose? Fuck you bitch." Kiss my mother fucking black ass. Tell that bitch that I am a racist mother fucker. I will not my mother fucking medication. Everything is on that. Can you read and write mother fucker? Can you read and write. I told that bitch that I'm refusing. Suck my dick. Suck my dick. Can you see it in my hand?

## Objective

### Other

**Name:** Physical assessment and cellfront interview.

**Provider:** NAKAMURA, RN , STEVE                    Other Dt/Tm: 12-19-2007 0752

**Notes:** Alert and oriented. Patient refused his PCP line yesterday. Today, patient turned in a medical sickcall slip that stted. "Emergency 3350.2. Off site health care treatment. I need professional medical attention for lower back, neck, head, left hip, muscle spasms, pains and abnormal bowel moverments. 3354.2. Inmate copayment etc." When informed that he had refused yesterday, patient began to speak in a threatening manner with his finger pointed at me. See Subjective note. Patient would not answer any questions regarding the sick call slip.

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** P20045 |
| | **Name(L,F,M,S):** BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS

Visit Start Dt/Tm: 12-05-2007 1204    Encounter ⁻ ⁻e: SICK CALL                    Visit R ⁻⁻⁻⁻on: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 12-05-2007 1204        Entered By: MPIMSSYN , NAKAMURA, RN

Updated Dt/Tm: 12-05-2007 1219      Updated By: MPIMSSYN , NAKAMURA, RN

"I have a black ass and I'm proud of it."  Repeated over and over.  Would not
answer any of my questions about the sickcall slip.  Saying something about
"Bitch" and motherfucker.  Again.  "I have a black ass and I'm proud of it."
"Get away from the cell, Motherfucker!"  "I'm going after that Bitch in court."
(A reference to NP Malo-Clines.)  Repeated the word Bitch many times.  Had a
few words that said, fuck you.

## Objective

### Other

Name: Physical assessment and cellfront interview

Provider: NAKAMURA, RN , STEVE                       Other Dt/Tm: 12-05-2007 1215

Notes: Alert and oriented.  Refused vitals and physical exam.  Yesterday, Inmate
Bloopdsaw called me a mother fucker numerous times and refused the medication
prescribed by NP Malo-Cline.  This morning patient threw the Benadryl and
Doxycycline into the trash can.  When asked if he would come to the clinic tobe
examined, patient did not answer any questions and made many statements that
were derogatory.  Sickcall slip states, "I urgently need medical attention for
muscle spasms, sever pain in my neck, lower back, left hip.  I need proper pain
medication and head cold.  I am refusing and avoiding contact with Malo-Clines,
M>D> unprofessional skills.

| PHYSICIAN'S PROGRESS NOTES | CDC #: P20045 |
|---|---|
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |

CDC 7230

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

# Assessment

## Medical Diagnosis

**Code:** 724.5      **Description:** BACK DISORDER

**Axis:**     **GAF:**     **Status:** COMPLETE     **Provider:** MALO-CLINES, FNP, CHERYL

**Diagnosis Dt/Tm:** 08-14-2007 0925     **Resolve Dt/Tm:** 11-30-2007 1129     **Priority:**

**Notes:**

**Code:** 9991      **Description:** EARS, NOSE, & THROAT DISEASE

**Axis:**     **GAF:**     **Status:** CURRENT     **Provider:** MALO-CLINES, FNP, CHERYL

**Diagnosis Dt/Tm:** 08-16-2007 1516     **Resolve Dt/Tm:** 00-00-0000 0000     **Priority:**

**Notes:**

**Code:** 959      **Description:** INJURY / TRAUMA

**Axis:**     **GAF:**     **Status:** COMPLETE     **Provider:** MALO-CLINES, FNP, CHERYL

**Diagnosis Dt/Tm:** 04-13-2007 1524     **Resolve Dt/Tm:** 11-30-2007 1129     **Priority:**

**Notes:**

**Code:** V70.3      **Description:** NORMAL EXAM

**Axis:**     **GAF:**     **Status:** COMPLETE     **Provider:** MALO-CLINES, FNP, CHERYL

**Diagnosis Dt/Tm:** 08-16-2007 1245     **Resolve Dt/Tm:** 11-30-2007 1128     **Priority:**

**Notes:**

**Code:** 9992      **Description:** NURSING DIAGNOSIS

**Axis:**     **GAF:**     **Status:** COMPLETE     **Provider:** JOHNSON, RN, ERICKA

**Diagnosis Dt/Tm:** 09-26-2006 1320     **Resolve Dt/Tm:** 12-05-2007 1220     **Priority:**

**Notes:**

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | CDC #: P20045 |
| | Name(L,F,M,S): BLOODSAW, THEOPRIC |

CDC 7230

STATE OF CALIFORNIA      DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

**Code:** 9992      **Description:** NURSING DIAGNOSIS
**Axis:**    **GAF:**      **Status:** COMPLETE      **Provider:** KEYS, MTA, JAMES
**Diagnosis Dt/Tm:** 04-12-2007 2020      **Resolve Dt/Tm:** 11-30-2007 1129      **Priority:**
**Notes:**

**Code:** 9992      **Description:** NURSING DIAGNOSIS
**Axis:**    **GAF:**      **Status:** CURRENT      **Provider:** NAKAMURA, RN, STEVE
**Diagnosis Dt/Tm:** 12-05-2007 1220      **Resolve Dt/Tm:** 00-00-0000 0000      **Priority:**
**Notes:**

**Code:** 733.90      **Description:** ORTHOPEDIC DISORDER
**Axis:**    **GAF:**      **Status:** COMPLETE      **Provider:** WILLIAMS, MD, CLAIRE
**Diagnosis Dt/Tm:** 10-09-2007 0949      **Resolve Dt/Tm:** 11-30-2007 1128      **Priority:**
**Notes:** left hip pain

**Code:** 733.90      **Description:** ORTHOPEDIC DISORDER
**Axis:**    **GAF:**      **Status:** CURRENT      **Provider:** WILLIAMS, MD, CLAIRE
**Diagnosis Dt/Tm:** 10-16-2007 0908      **Resolve Dt/Tm:** 00-00-0000 0000      **Priority:**
**Notes:** back pain

**Code:** 593      **Description:** RENAL / UROLOGICAL DISORDER
**Axis:**    **GAF:**      **Status:** CURRENT      **Provider:** MALO-CLINES, FNP, CHERYL
**Diagnosis Dt/Tm:** 11-30-2007 1437      **Resolve Dt/Tm:** 00-00-0000 0000      **Priority:**
**Notes:**

---

**PHYSICIAN'S PROGRESS NOTES**

**CDC #:** P20045
**Name(L,F,M,S):** BLOODSAW, THEOPRIC

CDC 7230
STATE OF CALIFORNIA      DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

Code: 999999          Description: NECK PAIN

Axis:          GAF:          Status: COMPLETE          Provider: MARINO, MD, RICK

Diagnosis Dt/Tm: 01-18-2006 1033          Resolve Dt/Tm: 08-18-2006 1824          Priority:

Notes:


Code: 999999          Description: TINEA CORPORIS

Axis:          GAF:          Status: COMPLETE          Provider: SWINEY, MD, JENNIFER

Diagnosis Dt/Tm: 03-21-2006 0815          Resolve Dt/Tm: 08-18-2006 1824          Priority:

Notes:


Code: 999999          Description: ALT BLOOD SUGARS PER LAB

Axis:          GAF:          Status: COMPLETE          Provider: ELLIOTT, RN, CATHERINE

Diagnosis Dt/Tm: 03-29-2006 1538          Resolve Dt/Tm: 08-18-2006 1824          Priority:

Notes:


Code: 999999          Description: NURSING DIAGNOSIS

Axis:          GAF:          Status: COMPLETE          Provider: RASMUSSEN, RN, MARGARET

Diagnosis Dt/Tm: 07-20-2006 1306          Resolve Dt/Tm: 08-11-2006 1605          Priority:

Notes:


Code: 999999          Description: AXIAL SKELETAL

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-11-2006 1604          Resolve Dt/Tm: 11-30-2007 1128          Priority:

Notes:

---

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** P20045 |
| | **Name(L,F,M,S):**  BLOODSAW, THEOPRIC |

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

Code: 999999          Description: ENT

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm:  08-11-2006 1605          Resolve Dt/Tm: 08-29-2006 1640          Priority:

Notes:


Code: 999999          Description: GI

Axis:          GAF:          Status: COMPLETE          Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm:  08-31-2006 1506          Resolve Dt/Tm: 11-30-2007 1129          Priority:

Notes:

## Plan

Provider: NAKAMURA, RN , STEVE          Plan Dt/Tm: 12-05-2007 1223          Completed By:

Completed Dt/Tm:          Patient Education: N          Phone Order Status: NONE

Entry Dt/Tm: 12-05-2007 1220          Entered By: MPIMSSYN, NAKAMURA, RN

A:   Ineffective management of therapeutic regimen rt refusal of treatment and
vulgar language.

Will write a 115 if patient continues to be abusive.  Will place on PCP line
for his muscle spasms and headcold written on the sickcall slip.

## Order

---

### PHYSICIAN'S PROGRESS NOTES

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

CDC #: P20045

Name(L,F,M,S):  BLOODSAW, THEOPRIC

Visit Start Dt/Tm: 11-30-2007 0830    Encounte  ⁓e: SICK CALL                    Visit   son: 7362 PCP EVALUATION

## Subjective

Entry Dt/Tm: 11-30-2007 1129        Entered By: MPIMSCLMC , MALO-CLINES, FNP
Updated Dt/Tm: 11-30-2007 1432      Updated By: MPIMSCLMC , MALO-CLINES, FNP

Pt states he gets pain in his left hip, low back and neck at times. He also
wants to know why we are doing things to him that we would not do to ourselves,
such as the barium enema he had to do. He wants medicine for head cold and
states the allerchlor does not work. He states he is concerned because he used
to be healthy and young, now he has to take lactulose just to go to the
bathroom. He also mentions that he is not urinating as he used to. He states he
is up twice at night, having some dribbling at end of stream, urgency, then has
a hard time starting stream. Denies odor, no discoloration

## Objective

### Vitals

Vitals Dt/Tm: 11-30-2007 1107      Temp (°F): 98.4      Pulse: 72      Respiration: 18

Blood Pressure: 120/70      Wgt: 152   Hgt: ' "      Provider: TIMME, SR RN , DAVID

Notes:

### Other

Name: pe

Provider: MALO-CLINES, FNP , CHERYL                    Other Dt/Tm: 11-30-2007 1432

Notes: a/o x3, somehwat rambling speech today abt  people doing things to him that he
does not want done. Sclera and conjunc clear. Nares are erythematous, moderate
amt clear mucus, PP erythematous.  Neck is supple, neg nodes. HRR CTA. no
r/r/w. Abd is soft, nt, hypoactive bs. No suprapubic tenderness. DRE shows
enlarged prostate, smooth, sulcus palpated. Quite tender, esp laft lateral
lobe. No peripheral edema.

---

### PHYSICIAN'S PROGRESS NOTES

CDC #: P20045
Name(L,F,M,S):  BLOODSAW, THEOPRIC

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

Assessment

## Medical Diagnosis

Code: 999999        Description: ENT

Axis:        GAF:        Status: COMPLETE        Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-11-2006 1605        Resolve Dt/Tm: 08-29-2006 1640        Priority:

Notes:


Code: 999999        Description: GI

Axis:        GAF:        Status: COMPLETE        Provider: MALO-CLINES, FNP, CHERYL

Diagnosis Dt/Tm: 08-31-2006 1506        Resolve Dt/Tm: 11-30-2007 1129        Priority:

Notes:


## Plan

Provider: MALO-CLINES, FNP , CHERYL        Plan Dt/Tm: 11-30-2007 1456        Completed By:

Completed Dt/Tm:        Patient Education: N        Phone Order Status: NONE

        Entry Dt/Tm: 11-30-2007 1438        Entered By: MPIMSCLMC, MALO-CLINES, FNP

GI-pt is concerned abt use of medications. He cont to refuse the colonoscopy.
He agrees to keep using the lactulose and omprazole. But he is not pleased.
GU-pt may have prostatitis, r/o bph. Will request UA, treat for one mo, then
evaluate.He does agree to have labs drawn.
He is requesting some meds for pain again. Previous dc ibu as he stated it was
not working. Will rx tylenol for prn use.
RTC one mo, eval prostate.

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | CDC #: P20045 |
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |
| CDC 7230 | |
| STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS | |

Visit Start Dt/Tm: 10-30-2007 0719    Encounter ~ e: SICK CALL                     Visit   son: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 10-30-2007 0720      Entered By: MPIMSSYN , NAKAMURA, RN

Updated Dt/Tm: 10-30-2007 0728     Updated By: MPIMSSYN , NAKAMURA, RN

You are not a doctor.  You are not a doctor.  That sickcall from yesterday was
about my sinuses and chestpain.  The other two were thrown away by the MTA.
That motherfucker(a reference to C/O Sullenger) demanded that I stand up for
count.  I demanded to see the doctor.  Its in my files.  Repeated over and
over.  I'm playing for money.  I have a disability.  I am taking this to the
top.  It is going to Washington DC.  I'm playing for money.

## Objective

### Other

Name: Physical assessment and cellfront interview.

Provider: NAKAMURA, RN , STEVE                    Other Dt/Tm: 10-30-2007 0724

Notes: Alert and oriented.  Using very vulgar language.  Refused to talk to me about
his muscle spasms and dizziness.  Repeated over and over that it was in his
files.  Claiming that he is playing for big money because he has a disability.

| PHYSICIAN'S PROGRESS NOTES | CDC #: P20045 |
| --- | --- |
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |

CDC 7230

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

Visit Start Dt/Tm:  05-07-2007 0930    Encounter  e: SICK CALL                    Visit F  on: 7362 PCP EVALUATION

## Subjective

Entry Dt/Tm: 05-07-2007 1216        Entered By: MPIMSBJ , JAIN, MD

Updated Dt/Tm: 05-07-2007 1331       Updated By: MPIMSBJ , JAIN, MD

inmate is here for multiple issues he has been followed under cc for GERD and
constipation. he is running out all meds and wants to renew those, inmate has
been taking prilosec for GERD seen on recent upper GI. prilosec has been
controlling symptoms.
inmate also has hx of constipation x 10 yrs and has been on lactulose and
docusate . states only lactulose helps him . he recently had barium enema done
but study was not optimal due to poor preparation.
he also wants to get allergy meds renewed he has been using CTM and nasonex but
also has been c/o nose bleed on and off.
inmate was also in altercation about 2-3 wks ago states since than neck back
and LT hip has worsen. inmate already had preexisting problems with these.
denies any dizziness or neurological symptoms.

## Objective

### Other

Name: exam

Provider: JAIN, MD , BHAWNA                          Other Dt/Tm: 05-07-2007 1331

Notes: inmate sitting comfortably no distress. has dec hearing.
        HEENT- nt nc, neck stable, FROM no dizziness on neck movement
        nose- no bleeding point, mild swelling of mucosa.
        cvs s1 s2 wnl
        lung clear
        abdomen soft nontender BS +
        ext no edema
        back- no tenderness, FROM, SLR wnl
        hip FROM
        neuro aaox3 no motor or sensory deficit.

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | CDC #: P20045 |
| | Name(L,F,M,S):  BLOODSAW, THEOPRIC |
| CDC 7230 | |
| STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS | |

NAME: _Bloodsaw_    CDC#: _P20045_    HOUSE: _A2-118_    DATE: _6-22-05_    PBSP 128-C

☑ On the above date, this inmate appeared at Institutional/Unit Classification Committee (ICC/UCC) for the purpose of _initial_ . He was interviewed by the undersigned Mental Health Clinician, and the inmate's Central File was reviewed.

☐ The inmate refused to appear at ICC/UCC.

**BEHAVIORAL OBSERVATIONS:**
Grooming was in / appropriate;    Speech was un / intelligible;    Comprehension process was in / adequate;
Other: _argumentative_

**MENTAL HEALTH SERVICES RECOMMENDATIONS:**
☐ No treatment needed at this time.

☐ Evaluations for: _Screen MH_

☐ Initial Therapy to address: _____

☐ Other services to include: _____

☐ Current Health Record review reveals no evidence of change in mental health needs since the previous Security Housing Unit Mental Health Screening chrono dated: _____ . REVIEWED BY: _____

cc:    C-File
       Health Records         _D. Roylcaw_
       CC-II                  Clinician

NAME: _Bloodsaw_    CDC#: _P20045_    HOUSE: _A2-118_    DATE: _6-22-05_    PBSP 128-C

JCC.DOC

---

Information utilized for completion of this chrono was obtained from the unit health record and previous clearance completed on _____ :

1. ☐ Meets criteria for inclusion in the Mental Health Services Delivery System (MHSDS). Circle appropriate level of care:  **CCCMS/EOP/MHCB/DMH**

2. ☐ **Has additional Pelican Bay State Prison-SHU exclusionary criteria:** Delusional disorder; Schizophreniform disorder; Schizoaffective disorder; Brief psychotic disorder; Substance induced psychotic disorder (excluding intoxication and withdrawal); Psychotic disorder not otherwise specified; Major Depressive disorder; Bipolar Disorder I or II; any mental disorder which includes inmate being actively suicidal; any mental illness characterized by breaks with reality or perceptions of reality leading to significant functional impairment; Organic Brain Syndrome consistent with significant functional impairment; severe personality disorder manifested by frequent episodes of psychosis or depression and resulting in significant functional impairment; mental retardation.

* 3. ☑ Does not meet criteria for inclusion in the Mental Health Services Delivery System (MHSDS) and does not have additional exclusionary criteria (see #2 above) that would prohibit PBSP-SHU placement.

Date: _3/1/04_    Institution: _PBSP_    Clinician: _A. TAGUAFERRI, Ph.D._
*The present assesment is based upon information from the CDC Reception Center Screening Instrument.

cc:    C-File
       CCII
       Health Record

Chronological Interdisciplinary Progress Notes State of California. Department of Corrections -Pelican Bay State Prison

Date: 12-11-2007 Time: 1000 Chart available? YES Reason for visit?  MH CM REFERRAL BY ME Location of Visit: MH ASU

: Entry By: PASCOE, PSY.D, JACK                    Entry Dt/Tm: 12-11-2007 1109

I/M scheduled for mh eval subsequent to routine referral from FNP Clines for
inappropriate behaviors (yelling at Rn's and PT's, refusing  some meds for
medical condition from selected medical personnel) and being verbally
assaultive (calling nurses black mother fucking bitches). I/M refused to leave
cell for 1:1 interview with mh clinician. At cell front, he angrily and
aggressively stated he had no interest in mh care.

A review of UHR re past mh interventions revealed a similar pattern of behavior
(verbally asaultive to staff, inappropriate outbursts, racial accusations)
along with angry refusals to talk to mh staff upon referral. In this regard, a
Progress Note dated 02/27/07 indicated the I/M was rude to the clinician as he
refused to leave his cell for an interview. Another note dated 05/21/07
indicated the I/M had been referred by custody for pressured speech, verbal
abuse and irrational behavior and upon contact by a mh clinician again refused
refused mh intervention. Another note dated 09/17/07 stated that the I/M made
angry abusive statements re not wanting any mh assistance to the mh clinician
after being contacted subsequent to a referral from a LPT.

In addition, the record revealed that over the past decade or so, despite the
I/M's non-participation in treatment, that along with a nasty disposition, he
has been variously assessed as possibly suffering from either a psychotic or
schizophrenic or mood disorder. In this regard, however, various clinicians
have noted that his overall daily functioning (hygiene, taking food, compliance
with medical tx, etc.) was judged to be adequate and not indicative of the
necessity to institute proceedings to establish non-voluntary compliance with
mh tx.

Both custody and medical staff were consulted today re I/M's current
functioning. Their reports mirror what has been documented previously as noted
above. That is, the I/M is highly contentious and verbally abusive to staff in
an unreasonable manner. However, his overall functioning is at a level that
does not support an assessment that he is gravely disabled or DTS or DTO. That
is, he does not significantly disrupt the general custody/ASU program, takes
his meals, keeps himself and his cell clean and is mostly compliant (although
in a decidedly unpleasant way) with his medical treatment.

Curent Clinical Impression: I/M  consistently displays a nasty, verbally
aggressive disposition which may be driven, at least in part, by an underlying
mental illness composed of persecutory delusions and/or a schizophrenic
process. However, such a clinical determination/diagnosis has not been possible
to establish to date. Accordingly, there is insufficient data to support a
finding that the I/M is GD, DTS or DTO. Given his apparent capacity and ability
to function at an adequate level in terms of his general daily program and his
steadfast refusal to voluntarily accept mh tx, there is not a sufficient
clinical basis for placing him in the MHSDS at this time.

☒SEE PAGE 2

Signature:                    Print Name:                    Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) | Level of Care INPATIENT | Last Name: BLOODSAW | First Name: THEOPRIC | MI: |

CHRONOLOGICAL INTERDISCIP_____RY PROGRESS NOTES: All Staff,Clir___ns,Treatment Teams
MH3 ASU PROGRESS AND MINUTES - IDTT PROGRESS AND MINUTES NOTES

Assign Primary: J. Moulton Ph.D.      Date of Arrival: 00-00-0000 0000     Purpose: DISCUSSION

IDTT Members:
MANDEL, PHD, DAVID M. PHDC; MOULTON III, PHD, JOHN L. PHD; JACKINSKY, PSYNP, TIMOTHY E. ; DAVIS, DSW, BRENDA
C. LCSW: ROY, DSW, DAVID J. LCSW; TOMAR, PSYME, DIANE MD

CURRENT DIAGNOSIS:
AXIS I:
AXIS II:
AXIS III:
AXIX IV:
AXIS V:
GAF:                    LOC:

CURRENT PROBLEMS:
Mr. Bloodsaw is rather hostile and verbally abusive.  Custody and medical staff are aware of his behaviors.  The record
was reviewed; a history of various psychotic disorder diaganoses are noted.  However, Mr. Bloodsaw is rejecting all efforts
at intervention at the present time, and since he is taking adequate care of himself and does not appear to present any risk
of harm to himself or others, he does not meet criteria for initiation of a Keyhea order.  He was presented in IDTT today so
that all staff could be informed about his case.

CURRENT TREATMENT PLAN:
N/A

ANTICIPATED LENGTH OF STAY:N/A
NEXT REVIEW DATE:
ADDITIONAL COMMENTS:
IDTT held today, Wednesday, September 19, 2007.  The inmate was not present; CC I M. Becker attended the meeting.  Other
attendees:  H. Parsley, LPT; Officer Eggen.

MOULTON III, PHD, JOHN

SIGNATURE

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH3 [4/6/00] | LEVEL OF CARE INPATIENT | Last Name: BLOODSAW CDC#:P20045 | First Name: THEOPRIC HOUSE: A02U202L |
|---|---|---|---|

93

STATE OF CALIFORNIA                                                            DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PBSP | A-04-02445 | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

A-2  125L

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Bloodsaw Theopric | P20045 | N/A | N/A | A4-226 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Vertebral, Blow to head 1977 Dizziness since, Cervical Spine

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
They are attached to this form the one's I have in my possession medical documents

DESCRIBE THE PROBLEM:
I have left ear drum damage, shot in left leg or hip, shot in upper left chest, Abnormal C-5/6 interspace (1) Reversal of cervical curvature (2) Degenerative disc disease, (3) Fractures verses superimposed position artifact at C-1 as described, this may be secondary to positioning or muscle spasms I'd many problems from my cellie's

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
I want the Americans With Disabilities Act. and assigned disable, I would also like to be assigned single cell status, this may be secondary to positioning or muscle spasms. Imminent danger of serious physical injury

T. Bloodsaw                                    8-23-04
INMATE/PAROLEE'S SIGNATURE          DATE SIGNED

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PBSP | A05-01731 | 18. ADA |

NOTE: THIS FORM TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

USE AS ORIGINAL

A2-103

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| BloodsAw Theopric | P20045 | N/A | N/A | |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:

*Vertebral abnormal C-5/6 interspace, C6-C7 abnormal cervical lordosis, severe pain in left hip, spasms, lower back pain, Dizziness*

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

*My medical documents they are attached*

DESCRIBE THE PROBLEM:

*Shot in my left hip severe pain, Abnormal C 5/6 interspace, C6-C7 Degenerative disc disease, Spasms, Dizziness, lower back pain a L.A. County Sheriffs Deputy came down on my lower back with both of his Knees 3350. Provision of Medical Care and Definitions.*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

*Totally disable Americans With Disabilities Act, I want to be diagnosed by a physician as totally disable. 3044 (B) An inmate diagnosed by a physician and/or psychiatrist as totally disable shall remain in Privilege Group A unless changed by disciplinary action.*

T. Bloodsaw
INMATE/PAROLEE'S SIGNATURE

5-4-05
DATE SIGNED

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR
# ACCOMMODATION REQUEST
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PBSP | B06-02075 | 18. ADA |

NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered TMD*
*under the Americans With Disabilities Act.*                                    B8-209

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Bloodsaw Theopric | P20045 | N/A | N/A | B8-120 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office.  A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review.  The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

*Cervical Spine, Abnormal C-5/6 interspace C-1, C-5/c-6, C5-6, C6-C7, and C4 Dizziness, Muscle Spasms, gunshot in left hip, lower back pain*

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

*My medical documents X-RAY reports, Police incident report on 11-8-02 when I was attacked severely beaten them for malice reasons and they contributed to the new spinal injuries in my neck*

DESCRIBE THE PROBLEM:

*Severe pain and discomfort, Spasms, Dizziness*

*U.S.C. Amendments VIII, XIV*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

*Total disable (ADA) CDC 1824. 42 U.S.C. 12131 et seq. (ADA) 29 U.S.C. 794 (Rehabilitation Act) Pennsylvania Dept. of Corrections v. Yeskey (19-98) 524 U.S. 206 (118 S Ct. 1952; 141 L. Ed. 2d 215). 3377.1 Inmate Custody Designations. 3375. Classification Process.*

T. Bloodsaw                                         8-9-06
INMATE/PAROLEE'S SIGNATURE    2ND HCM              DATE SIGNED
                              1ST HCM
MEO Rev.                      2/28/06    SEP 1 4 2006
2008

NAME: Bloodsaw Theopric

CPC NO. P20043 HOUSING: B8-113

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY
G.P.
UNIT B-8

RECEIVED

MAY 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M
JF

United States Dist.
for the Northern District o
ATTN: Clerk
450 Golden Gate Av
P.O. Box 36060

PELICAN BAY STATE PRISON
3905 Lake Earl Dr
Crescent City CA 95532



02 1M
000.42
MAILE