NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEOPRIC K. BLOODSAW,<br><br>   Plaintiff,<br><br>   v.<br><br>J. S. WOODFORD, Warden, et al.,<br><br>   Defendants.<br>_____/ | No. C 07-4200 JF (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(Docket No. 5) |

Plaintiff has filed a request for an extension of time in which to file his amended complaint. Good cause appearing, Plaintiff's request for an extension of time (docket no. 5) is GRANTED. Plaintiff's amended complaint filed on May 19, 2008 is deemed timely filed.

IT IS SO ORDERED.

Dated:   5/27/08

JEREMY FOGEL
United States District Judge

Order Granting Plaintiff's Request for Extension of Time to File an Amended Complaint
P:\PRO-SE\SJ.JF\CR.07\Bloodsaw200.eot-ac.wpd